UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 25-CR-33 (DLF) |
| | : | |
| JOHN HAROLD ROGERS, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Christoper Tortorice no longer represents the United States in this matter.

    Respectfully submitted,

    Edward R. Martin, Jr.
    United States Attorney
    D.C. Bar 481866

By:   */s/ Christopher Tortorice*
    Christopher T. Tortorice
    TX Bar Number 24048912
    Assistant United States Attorney
    National Security Section
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-7155
    Christopher.tortorice@usdoj.gov