UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 25-033 (DLF) |
| v. : | |
| : | |
| JOHN ROGERS, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO TOLL SPEEDY TRIAL ACT FOR ONE WEEK

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, John Rogers, through counsel Stephen Saltzburg and Jonathan Gitlen, hereby respectfully move this Court to toll the time under the Speedy Trial Act clock for one week, until April 18, 2025. See 18 U.S.C. § 3161(h)(7)(A).

At the status hearing in this matter on April 8, 2025, the parties sought until today, April 11, 2025, to provide the Court with a joint proposal on scheduling, respective positions on tolling the Speedy Trial Act, 18 U.S.C. § 3161(h), and defendant's position regarding how to protect defendant's Sixth Amendment and statutory rights to a speedy trial.

Mr. Rogers's position is that detention in the D.C. Jail has posed a significant hardship given his age and documented medical condition. So long as Mr. Rogers remains detained, he is unwilling to waive his speedy trial rights or to agree to an extension of a trial date. Additionally, the Government has produced more discovery since the status hearing and expects additional discovery to be disclosed in the next week or two, including the 10TB hard drive.

The parties have discussed what next steps are appropriate in this matter. In consideration of Mr. Rogers's position and anticipated discovery production, defense counsel have indicated that they plan to file a motion to attempt to secure the defendant's release contingent on conditions the

Court may find sufficient to assure Mr. Rogers is not a flight risk.; if so, the Government would request the opportunity to respond in writing. Defense counsel have indicated that they need another week to prepare that filing, as well as to meet and confer with the Government regarding the same.

Wherefore, the parties respectfully request that the Court toll the time under The Speedy Trial Act until next Friday, April 18, 2025, when defense counsel will file a motion for reconsideration of the conditions of release.

Respectfully submitted,

EDWARD R. MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:

/s/ *Kimberly L. Paschall*
Kimberly L. Paschall
D.C. Bar No. 1015665
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, DC 20530
(202) 252-2650
Kimberly.Paschall@usdoj.gov


/s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089

        Fax: (202) 994-9811
        Email: sasaltz@law.gwu.edu

        /s/ Jonathan K. Gitlen
        Jonathan K. Gitlen (D.C. Bar No. 990918)
        Law Office of Jonathan K. Gitlen PLLC
        900 19th Street, NW, Suite 500
        Washington, DC 20006
        Tel.: (202) 568-5788
        Fax: (202) 301-8556
        Email: jonathan.gitlen@jgitlenlaw.com

        *Counsel for Defendant*