UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

## SECOND JOINT MOTION TO TOLL SPEEDY TRIAL ACT FOR ONE WEEK

Defendant John Rogers, by and through his counsel, Stephen A. Saltzburg and Jonathan K. Gitlen, and the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to toll the time under the Speedy Trial Act clock for one week, until April 25, 2025. See 18 U.S.C. §3161(h)(7)(A).

Last week on April 11, 2025, the parties filed their first Joint Motion to Toll Speedy Trial Act for One Week, Dkt. 19. The Government has not produced any additional discovery since April 11, 2025, but have indicated that the 10TB hard drive containing images of seized electronic devices has been prepared and almost ready for transfer. Additionally, next week the parties plan on scheduling a viewing of physical evidence seized from Mr. Rogers's apartment when he was arrested back on January 31, 2025. Defense counsel still plan on filing a motion to secure Mr. Rogers's pretrial release. But despite diligent work defense counsel are not yet prepared to present the Court with a security plan to assure Mr. Rogers is not a flight risk. Consequently, defense counsel has asked and the Government has agreed to another week delay tolling The Speedy Trial Act.

Wherefore, the parties respectfully request that the Court add a week to all deadlines

1

contained in its Minute Order entered on April 11, 2025.

| Current Schedule: | Revised Schedule: |
|---|---|
| Tolling Period: April 11, 2025-April 18, 2025 | Tolling Period: April 11, 2025-April 25, 2025 |
| Mot. Reconsider. of Release: April 18, 2025 | Mot. Reconsider. of Release: April 25, 2025 |
| Government Opposition: April 25, 2025 | Government Opposition: May 2, 2025 |
| Def. Reply: April 28, 2025 | Def. Reply: May 5, 2025 |

Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

EDWARD R. MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 481866


By:

/s/ Kimberly L. Paschall
Kimberly L. Paschall
D.C. Bar No. 1015665
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, DC 20530
(202) 252-2650
Kimberly.Paschall@usdoj.gov