UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 25-CR-33 (DLF)** |
| : | |
| **JOHN HAROLD ROGERS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that National Security Division Trial Attorney Yifei Zheng is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

Dated: September 12, 2025     By:     */s/ Yifei Zheng*
Yifei Zheng
Trial Attorney
N.Y. Bar No. 5424957
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: 202-353-0252
Email: yifei.zheng@usdoj.gov