# Exhibit 2



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

November 19, 2024

Special Agent Alex Ayris
Federal Bureau of Investigation
601 4th St. NW
Washington, DC 20535

**Re: Search Warrant dated November 13, 2024 (Google Ref. No. 74575404)**
*24sc2305*

Dear Special Agent Ayris:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request.  Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act.  See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *johnhohkcu@gmail.com, hummin.lee@gmail.com, jinchuan0323@gmail.com, aegjrogers@gmail.com, m.sebastian.mima@gmail.com*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

If your legal request seeks content or other records for a Google Product or Service based on a target identifier that is not identified by its email address (or another unique Google Account identifier), Google has produced responsive information for that Google Product or Service only. If other records or content are needed for a Google Account identified in these returns, you may submit a new legal process specifically identifying that account.

To the extent any record provided herein contains information that exceeds the scope of your request or is protected from disclosure or otherwise not subject to production, we have redacted such information or removed such data fields. To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

 

    Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

    Regards,

    Jeremy Mims
    Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *johnhohkcu@gmail.com, hummin.lee@gmail.com, jinchuan0323@gmail.com, aegjrogers@gmail.com, m.sebastian.mima@gmail.com,* with Google Ref. No. 74575404 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Jeremy Mims_____              Date: November 19, 2024
(Signature of Records Custodian)


     Jeremy Mims
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 74575404)**

aegjrogers@gmail.com.335439454670.GooglePay.BillingInformation_001.zip:

SHA512-
65a746adebdebb97cbafc40ab3a77c3f1de2a812d1d734433665ab71418cbaa03cb96a2eb2ed5d44c
e3f1a4f4e9a5f71a150af97d50eb0cf2ead0b758d6401af

aegjrogers@gmail.com.335439454670.GooglePay.CustomerInformation_001.zip:

SHA512-
382caf3021b38fb563ff62c7efc67ab31ccb8ab817540548f567b4ff43b6d501b8f000bdf9ae48a0bea
cae3e7dc16b0b397407b781b1707be51f8f5fd905f8b3

aegjrogers@gmail.com.335439454670.GooglePay.InvoicesAndDocuments_001.zip:

SHA512-
1fbf484646933b7fa037c3582ef964a697ab98cfcdb21e8aeaf80c454549ced17a8c152975606b7f27
e46f03e668f75b980cd897897b7e9f2732b7dd0d203176

aegjrogers@gmail.com.335439454670.GooglePay.InvoicingTransactionHistory_001.zip:

SHA512-
11b53b44c31b13740ddfc4a9ec4c586cd118cc2bcaa62414e0bfcc0ca766dd8b07c99eeb689b7f926
0b3f1255e8db6e0bebe9634bdb2243b34cd1e271ff52633

aegjrogers@gmail.com.3596907074406908776.AndroidDeviceConfigurationService.DeviceAnd
UserProfile_001.zip:

SHA512-
a0fe13dc2509f563862a504aa45d3a183c80085dea4f51808f5deb43238cfd818f4da47e753e2a05c0
edf1bc26b3a4a8f271744ee9779c1a51dc0439e8ed8c37

aegjrogers@gmail.com.765506707264.AccessLogActivity.Activity_001.zip:

SHA512-
03401b3b34d2712aded3add7917d4b3132de1fc157dded0c8140d978c7419c507b79d42c95d38fe5
e30d710f6fdab82a4c5fe4170bfcffbb21ce5974bc88c21f

aegjrogers@gmail.com.765506707264.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
2ebe774bbcdf67c9442c51d61f37ce6b6d4d28ebffb961fbc1ede1cbad9ad2f43d8927b2f766b4f343
bb5c2f7569e5ae033506631450867528471197b57e1dc05



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.AccessLogActivity.Devices_001.zip:

SHA512-
4936aeaa65ca8e14b997e8be787602579567773c46a801ead99f58b17a8b753e03e0e8bace47d8cd4
61fa745444c0770ae20290e8fdb92167b61fd3467f146c8

aegjrogers@gmail.com.765506707264.Calendar.Calendars_001.zip:

SHA512-
277853ee16ae48d2eb52ed47ebb61e58f3ceabe3d57b73926b99e80c0d2b699b6aba426d3f64acd9f
85fe5be9c0fc2b0edc80daf97ea566b3e329ef905ae5e5b

aegjrogers@gmail.com.765506707264.Calendar.UserSettings_001.zip:

SHA512-
daa19389084ef47dcbcaa3d9ae51716510171edc106abbf1ce90ac89a2ad9c2e85eddd79cf84b3b9ef
093fdb69f52b64ede9f549a60ac82ac97642bb61328860

aegjrogers@gmail.com.765506707264.Chrome.AddressesAndMore_001.zip:

SHA512-
594beaeadeae12d1fb213431f5c2e4bc25a946e7222e6669e622b49a9f58cbe8bc3b7f599f39cfbabe
4dbd89322c2d21f1f7ece064456d8020e88fcb2e072f99

aegjrogers@gmail.com.765506707264.Chrome.Bookmarks_001.zip:

SHA512-
3df24cea0a4b848cb709195d824af689a531a81786cae29231856ba26ad5e44e23cd78036c69b74ba
4c48abc4bd98f54db5144e372251fa442419e43ce186e1f

aegjrogers@gmail.com.765506707264.Contacts.Contacts_001.zip:

SHA512-
65d10802071156288d67c9bf3efaa5848cff5bbd421aecd8667bbf7c9ecf9cf9f42697292cd4af87079
8f9010bb35b267a86b25f40134f062a74ad2b0c4d4a4b

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_001.zip:

SHA512-
aa6773e24730e402a51a1b829d6675c0e4a34d7c99bb145ed4448201affdf05570fa1fe9b742c0b39e
112718dfba6ff24511933c1101adc8f830d6ef8ccdfa3d

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_002.zip:

SHA512-
3243d011427205b7c860e19211cba88f582e35158bce47670ab83746a008d1f891c2bebe3e6c84d2



9ceca1314de30358eface2c533aae2f8c8ee38753f4271b8

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_003.zip:

SHA512-
a06686966b164aebeaa17a3e83358b84efa563668d6794d9a3b5ffd77145615e766597f6c78b3a44f
b37b23d5682cd36d4cda67a572e90156332e3b5913cadb1

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_004.zip:

SHA512-
2930b131956634ac3553879ec4368378563f621b3f7a867961ed3222f3260a91cdcc956877a65fe43
7efc044d8779331c82dfee926bfdf94851d504e9c96056f

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_005.zip:

SHA512-
97886ac40a78b57113b200da52493da2a067a1dc07e37aac439c005878b02f68e4fc10adef04808af
686ce8a10b3d88fd33c7f9b70fc7ac4b67cae759063ef2e

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_006.zip:

SHA512-
3e19303314c7430ba6ec5e2db23d59577cfdea5c50437b6d90696d0232126b7e3fbc5fb640f997a47
ed8f4d62741528844c480d6c015fcb18a4c4c81e495d3cd

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_007.zip:

SHA512-
39d48a048bb7456b14a25f8cf4bb741c185bffa4db33f97add1ef6b7683d12b9085e210a293b81459
e87079c86fb6801c565865c777db195f994e6625737a9dd

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_008.zip:

SHA512-
540f3b8427332b75437e6e9929d44a0ccddaab3c3935f6813dc7b85de7e410aaec23f9c4d1b23a74a
f84fa56cce51e067a6e1e9424ce3423f03ed83737ccd9d6

aegjrogers@gmail.com.765506707264.Drive.DriveFiles_009.zip:

SHA512-
7ce703760ed442ba837c112e9bc09d21f3c738b05fb597e7a9a09e7ccfe9fe1cba59a4227f038c5347
3fa0c215e08d3c11b701724e91c45f3be340dabfc81dc5

aegjrogers@gmail.com.765506707264.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives)
_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
1cbdc82b6d7c3485049716622cd231bd694aaac0171ae1ff2ff1ca59212a00e6f1aa5fa76e11467684
6d08ea84fb98b8afba519561ccffbe5dbcfade6cba1b18

aegjrogers@gmail.com.765506707264.DriveMobileBackups.Backup_001.zip:

SHA512-
a1299ccf28cf0af48828f0165078d533bd5d144893dc9087c4d46d8131d5cb91a674ca4808368cf01
d9f443eb059b321d83413163779d210ce10c2a79b091a77

aegjrogers@gmail.com.765506707264.Duo.Blocked.reportedUsers_001.zip:

SHA512-
b5313396b2b7af2e56d0f82d9734f12cee9092ebccc1821fdd3829e94516fcf8c7ea2e2f33ba8d0e50
7fb36067728ffa7ae352622514b574c54c34d9ab91525f

aegjrogers@gmail.com.765506707264.Duo.ContactInfo_001.zip:

SHA512-
ed8257ce7c90ad57e9295815ca02bc71bf4b718a1bf76f7afbbc71b31c4e826a9913617394e81e097
838f8f9d127646e4f309962d16f4ac6c22daabdab8bf1ca

aegjrogers@gmail.com.765506707264.Duo.DuoActivity_001.zip:

SHA512-
5b169da9d1be5e0c764b42f04ddd39ca4d2990979643e5b1d82e68a79ed6222c494f98963da3d7d3
2a68b988e0d2f315c49b1aabff31950d1115fa06f61b9d32

aegjrogers@gmail.com.765506707264.Duo.DuoCustomerInfo_001.zip:

SHA512-
95dab3a07691d66d3e8c15e1dbdb7311a724981dde9a7428aeec8cf8240be2121acf9d44e7297e470
4399945ebd264ca90d2e736c886e44610638aa192ec7246

aegjrogers@gmail.com.765506707264.Duo.Groups_001.zip:

SHA512-
2e741740155e8c8289967e08b526a224cda56d43717082d33ae3302a2667a7560fbc6c94c37f20d1
c7177694f4320b9ce94b62eb2cc2fc73a4ac6932b3f224bf

aegjrogers@gmail.com.765506707264.GoogleAccount.ChangeHistory_001.zip:

SHA512-
1e8c3baff1f46135320c55e19145c69772017ecd5706ca99f8cedf7a240085721fde369d6392678bba
9e36e1baed3f17ee8852ac2f036a83d0a31b4deeab9cfb



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
09900e98f2a714f9cfacfc8dbda0eec0684ff3f64dab714db999394abf56fda2db03a09a5d6a2669e7e
f57185acd6648331b03a028f7877c5f3b7021551959f9

aegjrogers@gmail.com.765506707264.GoogleAccountTargetAssociation.LinkedByCookies_001
.zip:

SHA512-
6b78b53b50fbea6232050e8b1330d0a992953a20ea72cd11735dd41f59495ea39402ec22f850428da
72691ace2a3c2f04bac2b7bbed08bb85fc4636f28da74d7

aegjrogers@gmail.com.765506707264.GoogleAccountTargetAssociation.LinkedByPhone_001.zi
p:

SHA512-
eddaa32192c6504c92906b24d1e44499355f50c50f6b0a63e14af195f75eb61a564e41f072c4b57e5e
291d68cef1d5fbc7b094f6872bbfe9c4df32581cf1d386

aegjrogers@gmail.com.765506707264.GoogleAccountTargetAssociation.LinkedBySecondaryE
mail_001.zip:

SHA512-
c848590c8cc2c1572a90b1094a8c7e06883c55f900773cb88ab00e85413bdcd6df7b1433de68ed258
21a6edf4685dba449d2551ab3591c8e90b7a318540afe09

aegjrogers@gmail.com.765506707264.GoogleAccountTargetAssociation.LinkedByTermsOfServ
iceIp_001.zip:

SHA512-
aef3fe093ecb7084d82d6be69f1efd22cb35e92cc769082184eac4e6c1bbfa3f86fbb9e57e9b3f12225
d5644c8d5719d9beabd00faaaca5e7bd3d7a719ce4a3d

aegjrogers@gmail.com.765506707264.GoogleChat.GroupInfo_001.zip:

SHA512-
60906ea9e7c351bd49cfda0e96e8422793dc551cf93097560a2715dd2d8252802cf26bc4dbe61d47b
2dae191baabdb6e2fd8f5d611b3c3b679cc1e67f22d8419

aegjrogers@gmail.com.765506707264.GoogleChat.GroupTasks_001.zip:

SHA512-
cc9b00c0db2c5c61a80933128265841423aee7e8a531d6829b6cace3b6ea9c7b383938755a8ee82bf
afff357bc0d7cd6744c7d408742fdaf9a6e71409391e1f8



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.GoogleChat.Messages_001.zip:

SHA512-
0874dba8c259d95143bee5fbb2e72ae237d49b175ec23daf33d050bf4c7642094ac44b08d67ff1b1f3
cd50abaa4e7303bf10cfc1241e855629f1683ab041cfea

aegjrogers@gmail.com.765506707264.GoogleChat.UserInfo_001.zip:

SHA512-
593d1a8ad2aa73bca2aed09a36bdc0777c8e2f16f1055fe4f61a38d52aa91474f0c434124c43ca5d5c
9ffb7628e4af65b5680e11d72750131c69aec993f9cc16

aegjrogers@gmail.com.765506707264.GoogleFiWireless.Billing_001.zip:

SHA512-
b182f79a976c82b8bef9ea386d10d7ba8e3c03c1b6812c0d190acacf135f638877c8670adf081d4558
2e07853781e3f3c0546c44bccaa791a8113cb38a0ee589

aegjrogers@gmail.com.765506707264.GoogleFiWireless.Messages_001.zip:

SHA512-
eade7eaba76c346f6c2e74251d301dcd100ef0f826ada581a521f6aeef1af7916ac55bba184f8d82f75
71b7fbcb75b3f0969cec47fb5637c1b8dfb5a9de9c460

aegjrogers@gmail.com.765506707264.GoogleFiWireless.UserInfo_001.zip:

SHA512-
991dfa77a48ed0147f8adf4254b1c18bf6bb78358741e0534bf9542ad30162acc16de253b274c332b
9dd716ed26db59d34dfb51793782087bc61dd19d6c08a1c

aegjrogers@gmail.com.765506707264.GoogleFiWireless.Voicemails&Greetings_001.zip:

SHA512-
66bf08e94e7d25df8ce49f7b7d18b047d2bfedbad573c81b791bdaa8d9f3cceebe2921a8aa282f8dc9
0be1385e83e77bb81983163456fa1fb163f574c0ec6468

aegjrogers@gmail.com.765506707264.GoogleMeet.ConferenceInformation_001.zip:

SHA512-
f3fe6cc7991159c9fbfb7c8cdc337ce4c5d10d1a00176dba519bf481a6a4ef0a70eb9039135a08b06d
87d0b00897e73ba4d76acd290080418f0bd36266c17a62

aegjrogers@gmail.com.765506707264.GoogleMeet.MediaInformation_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

d32cdb4e1229767e381cc6d52f2dd67cbc35b4c856e32ee9dc7aa3214231260e83c4216c5eba2a571
3cde71d5dbf45e38570cc1f15e9da227bc7ead4b4dcd752

aegjrogers@gmail.com.765506707264.GoogleMeet.MeetingHistory_001.zip:

SHA512-
de38df8e851b94bb08d554939eca94b58be8b071e377d2a0634a98180aba448d31d483f549bfc69e5
24367199f600ec68d36dd6bef749bda86a0bf39add13522

aegjrogers@gmail.com.765506707264.GoogleMeet.ParticipantsInformation_001.zip:

SHA512-
90c14f1857d274402bd841b6cd9dba74820a98950117f6107fa8d7bbd3c9a8d2e2bf209d8b4406e2
192a15e5261c8eec27a3cd5683cdd84502cd01c7a695fe8f

aegjrogers@gmail.com.765506707264.GoogleMeet.UserSessions_001.zip:

SHA512-
1e89c0839fc16f319c5bbc648ade538e1e428505f6d9aaf9072a09b5649e689df12a479e3765022d7
2334ab51c89671adb6600b252a73d3e5f5d8adcb9a644ef

aegjrogers@gmail.com.765506707264.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
050913e8511a676e5afa557f5deaa4ed071f82e99a99d445fad94d10fce7dfdd8f27bd225e1b6ee11a
6b2d1f9325cf39d0c381809c2f4765d002fa97b3375318

aegjrogers@gmail.com.765506707264.GooglePhotos.PrintSubscriptionAndOrdersResource_001.
zip:

SHA512-
73264a64d777793740792ae36d8b42b1de867ce9634b7298cccbae9e5b6741c69a464192f35ac069
73fec5f3ab2afc21959e23134a507f668205739c139dbf47

aegjrogers@gmail.com.765506707264.GooglePlayStore.Devices_001.zip:

SHA512-
e54ee972758bb3a1669103ba61c811a1a8c8b4d72274af607a02dc5fb0a1e86f9bed2c915fe07001a
60381d6f63adf04c0362449d5bf1572e7ce0316d4d49d9c

aegjrogers@gmail.com.765506707264.GooglePlayStore.InstallHistory_001.zip:

SHA512-
eafd3e1024e426a90dca097ae83e6b98685cd4991997f485fd9230c2a41718fd9ba296e29d2c1321d
d59d27cb5105f9c932e62c4b2182119b792fd050a7ec1a6



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.GooglePlayStore.Installs_001.zip:

SHA512-
48c1dfadb57f5de274e4d05d8aa33e5b712b26c027ed90407228c7a713bfd005b9339d8af3b3d0fd3
6d1e47546317fdc083f38b2d7c18b49a8bd4d7708349fda

aegjrogers@gmail.com.765506707264.GooglePlayStore.IntegratedBilling_001.zip:

SHA512-
5c5bfdb97732844ad81b64fa69c625410dfb4fed7d09f36eb2ae0f3dc1a96f6f541ebdd3b04316cf7b
6c74ccb762f906b318c995871edaa368005d9c21105315

aegjrogers@gmail.com.765506707264.GooglePlayStore.Library_001.zip:

SHA512-
946fa29094c2e551e564dbca06c50df4f63dbca3b195933aa07debdbdc97b5f0d03dd0d1f06d5e189
e46bfc7a1b62745db107de8ca1bb8293a3c40a2a90619d2

aegjrogers@gmail.com.765506707264.GooglePlayStore.Loyalty_001.zip:

SHA512-
8b68c421d2ec4c8528c202a080f9219acd296ab366fcb8ca5c229ea8d3487b1a7130f48b72b55c5bc
18ab841408dcfa5fa7f3230c925d4c152f466fe3a3f4bee

aegjrogers@gmail.com.765506707264.GooglePlayStore.OrderHistory_001.zip:

SHA512-
fb32db78a5a140e752de5060ea1da9d87959f495cbf8f45898124a4c36bb5b872cf85c81a5c5a3d94e
7a4f6fb982f5617d7b029bfec8b51ff4861505aeb5733a

aegjrogers@gmail.com.765506707264.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
81414c23394b670c089902683b78a6c4442a185e5195387fe622f6a2f5cda6d224795a16cf2e2b00d
b683a87d7de8e9b58d218e8a28d43e0ec8a20020fc84540

aegjrogers@gmail.com.765506707264.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
53764bdb363a7f3c222db0e01a147928ca11b3530bd3686d7e65f1f8cba82814e58f2010378c629c8
7b0aecc9b1b155a30430b45b45cb29042694af84a58304e

aegjrogers@gmail.com.765506707264.GooglePlayStore.RefundRecords_001.zip:

SHA512-
e11a2618dbabb8f4af34ff608239c38a599078add6293b38fe0c16626a9fc58c7b5b31df16c18592c6



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

343d94c3117752d034680c864d1f41d8b3537b73f7a3c8

aegjrogers@gmail.com.765506707264.GooglePlayStore.Subscription_001.zip:

SHA512-
7a18ce70f06ac92dabc12df0af27265bec36f1838ddd2766b1baab06e18e4193054344f5153ba06c71
4a3f5da53b98aa75dad65966c858e8ad11904a9ade84fb

aegjrogers@gmail.com.765506707264.GooglePlayStore.UserActivity_001.zip:

SHA512-
28cb62d11d462667e8144c19a4c828bfab7b2b7e18c95612ac3630acffc3a96c62d50cc53403799e9
c070af44b21fdbb3f6f0926844236cd6344281965f40cf8

aegjrogers@gmail.com.765506707264.GooglePlayStore.UserPreferences_001.zip:

SHA512-
c4861396d92093b9ae4b3c725afd1fb46ce43f929c722d74ca9452a45ffa3672843c63eb4bfaedd5f5
630b477ecc2e1ed8c3df0d59620892c00e11cde73f13cb

aegjrogers@gmail.com.765506707264.GooglePlayStore.UserReviews_001.zip:

SHA512-
575334b3cea98dc663dd9d213ee454ef8a9b6482f8d4d51ff726894076aca354ca51fc7b541ae561c6
9f29c88885f57517820ddfac88498b1410cb0181e9f369

aegjrogers@gmail.com.765506707264.Keep.Content_001.zip:

SHA512-
80bc3b1212f930d3b98db0d9e7bce5902430eb4247547716e51ce7a584c84be00d1a95b3270ab70a
a47c1f5b22510366c773bc0ecf7f72dcdd6cf2b5038bf506

aegjrogers@gmail.com.765506707264.Keep.Metadata_001.zip:

SHA512-
08ad2511a176e57aa1ed85d70cfe32cd719e44ae661f8a2bcd33c7fc54328dab3521f3cd7afaab3fda3
31a00305391246b69420940fa5d99fa25ef86d0ae3ad6

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).EncryptedBackups_001.zip:

SHA512-
3dee12236e0bf9af27e6206da925f52d84abe68adf250c20726331c8f01b00db3ae0acf0ab562c0dce
aa7bf1755397b62b487393e506e05c301e4b126bd7a71e

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).Records_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
15c4ba3dbf836ff957e99ee3a5d729304e1d56cba9d30fd11e3b738e84132ec387912834b559e7073
e282f2027cf205a9f9e4e1e40a5cd6868e484a12bff1e1d

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).SemanticLocationHistory_001.
zip:

SHA512-
679272bad812fff8c51beba7d217b3ba681efda076cc3100b5a8e71c4b969cad80f4272e5a36d8461d
95ecf56ad54eca7ea24a518f82ee0e85523b1d096a6eb5

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).Settings_001.zip:

SHA512-
10fa7da1b40864af185900bd04e53b992681bd19df9cba0c57ff070905ba133f020ce4ad431e2997d
72b70e7fc97418edab74e4c4934c326ac5d9eb423b1cfbb

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
3f79f7d55081630cc88cf3506e6e262f440895a1f9a0bc4d9d97d1babf426690fe66b532d0d48e6530
da9d328a4b5a85ee612e6a587099b7b71abc82114a741e

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
4bab0980f89f3cbd533e2402b6776872c28bd62c0093555b1fa7154de2d7cb41f4eaf3224477ac332
26707ca41472eadf4cbcd16f7e60d429a9ef18a4e59545c

aegjrogers@gmail.com.765506707264.LocationHistory(timeline).UserLocationProfile_001.zip:

SHA512-
2b6712cd3c3cebd912a1462eceb2d4fa0c16c089db12c7fb6899c5c21fac7dfa6a156d9bb9463ce0b4
2581472c42babe818d4b6c961f81c90206326331891165

aegjrogers@gmail.com.765506707264.Mail.MessageInformation_001.zip:

SHA512-
4b2a13d1fdac995c69b0fbd02132601179fa91f98b8c14ce32d7f9d17bcd5efe9a731189ae2c025890
a4385724648335558081177d472f1e261939a8e4a6c97e54

aegjrogers@gmail.com.765506707264.Mail.Messages_001.zip:

SHA512-
320808339f0f6b82cd4d3197cb61130c6322486cc636a0d4e820443c6bc1f03dc0c07b9fa10857f38
127d896b48f1a36130964e651772fd3ba2c9d7195a31a82



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.Mail.UserSettings_001.zip:

SHA512-
2c846c4184047741310869f7f0157f2a907663c2def417ebd099fc8390aee93613504629c0359400b
053c85f7cd8e564b77aa91c4df58e5fb1f9c251efab23c4

aegjrogers@gmail.com.765506707264.Maps.AliasedPlacesResource_001.zip:

SHA512-
ebd332843c51888b78d6bc09922f779a6aa849353043bbdbcc66ff5e98a2052f3e9217d851e109203
fd9e77c23872c27a2d28baa75440d2668981051512363d6

aegjrogers@gmail.com.765506707264.MyActivity.MyActivity_001.zip:

SHA512-
5a9bc26a38ad9c2a115f337deb8de0051b9db964b8cec9eaad176dfc92eb74623063e936d00df1e49
f036f590e89e46f55a37e4eaefabcecdc4243e87e048b3b

aegjrogers@gmail.com.765506707264.Saved.SavedCollections_001.zip:

SHA512-
94839cbe6ea0796dc6a641b4ff8122613a798bf017b1b66795619edcb7bc25b8d7eb1a66b72598fbf
1be6b898391da70fbe2be2b869e9632b71c1aeebc1c8c14

aegjrogers@gmail.com.765506707264.Tasks.TaskList_001.zip:

SHA512-
e82f33d9957191f1acecd17505219e039f66fb935ce8cd85f3e63e6e9627029091185863da5b8f6664
0d2ba7ca719fca21d51d45cc957eb53626d9a891a17fd3

aegjrogers@gmail.com.765506707264.Voice.Billing_001.zip:

SHA512-
8927d49573a4e75a8055076b057525c4322a813f566a76a2cccebc232d7ff50a8193cf1a800f6211b
85ca18586fa99a1b512e67a3c87e5d68fe71ea22c5a4374

aegjrogers@gmail.com.765506707264.Voice.Communications_001.zip:

SHA512-
c9855cfe34636ceb8b31971711d0fbea9baf33f56fae131a0f6029042cdae2995208d3a1d3b4ebe520
a6093667aa9981faa3428152fece10496cedd257467f2c

aegjrogers@gmail.com.765506707264.Voice.ContactsMetadata_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

910c51422c83f72df3e8544ed40518559ba64561a7fab85fe5d5eabddbbb9190240d28f47d9887a17
f88471aabfee25e2fb054a29865e72128fd73643cc8753d

aegjrogers@gmail.com.765506707264.Voice.SubscriberInformation_001.zip:

SHA512-
66b874ad2970d6c54dada317262369e41ab97f905b87c1d6449b5760865c6df92630ac1556cbac72
ced6e0a09dab85e830a573f92baa22f089c4cb7b7e959894

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
c2029e112a4815f82c5ccdc0a7715ea51ae43d5e2bdaa2082bc5e3acba73238514326a1302d92125f
bcc1c419179d7ea5ca4fb958031d055638321576f881cb3

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.ChannelMembershipsSetupFi
les_001.zip:

SHA512-
ba344d7f8a2be96174335b786246d0ba1404f1b0e07ddb0350551d86cb6b16932795048dba67ba77
2deb9f816ef1f4b7da92529d243dde92577ef458a0b66403

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.Channels_001.zip:

SHA512-
ee276379cf19d8ed4e2c2c85fbd7c6b322714aa9db0076ced807eca2c0577955c8058da9589e5bdd4
93cd7a2446eb204fc7f016338fb2708d85c1226155d028e

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.CommentsMadeByUser_001.
zip:

SHA512-
4c1eb782eec6609f3cdcb78c906009e05fae624d13f560d934e43af57a1481f32770ca15754bb1485d
3736494efbb50f17ae0442aa69aeeeb83731578ed97682

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.Playlists_001.zip:

SHA512-
f1b8b7958ca9b114a25571a4f38f5ad8fd92d596e512e91e28cba720745e61bebf1c843ec6855781ae
954464465f5fbb07f95ef98dd8787b66cd375880678cf4

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.Subscribers_001.zip:

SHA512-
23dc3718736f13959bc72cf27c06971d24463356959619b12ab75770d719b825d909623bc66e837a
76ce5e71995a726aa203769168fa1e80ea9c2c75c12eaa80

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.Subscriptions_001.zip:

SHA512-
7dd2a75b3da4e40e2ebb5b483109f253ffce5e7f389f7aad25868a00e2d35746989f30b4b5c740bc58
15b851162bf1daeab209ba0001a203a7f090beb52afafe

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
3c3009757bb83a567a59ddb7a303ec1435793e1445e04fbd255d6549a8fae0622bf6e02517e20b9e1
6247ee964d75a95bd7aa8a878510313358b251d0643bf16

aegjrogers@gmail.com.765506707264.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
b8fc6337b54ed1e5b64917dec5b65cc03a9c6c1850ad99c121470842e53f44710848d4f1d04a5fc45
f45043cb101257ffd70e16721c813ae68a23592619beb4c

hummin.lee@gmail.com.695289707109.AccessLogActivity.Activity_001.zip:

SHA512-
29db0ba4386a8bbd096f7f8702074cd7d7fa94d90480dbd20261c8b09190d53b073f94821d6f7826f
70297b51cfb41a92f888fd85183536c89fc9769f941abf7

hummin.lee@gmail.com.695289707109.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
28f9dd73801b7b9ecea1d15db9724755f5f542d2d4ca245283dff490a3fc1c6d2cccbcc812ebcc1286
fb8bcc0fb1e77ceaffb8bca40db423556dbc130f6edf8d

hummin.lee@gmail.com.695289707109.AccessLogActivity.Devices_001.zip:

SHA512-
5f5c6ebe9a39c274be5476ab766cdba0c628a02f4471efaa953ff4920134e24c3af72c57256286fca49
f2db1c89757d1174b9a459edc7fcc7271be8ec5562e7e

hummin.lee@gmail.com.695289707109.Calendar.Calendars_001.zip:

SHA512-
1b8e331cf54addcc77f7254d26ba12a7b92a13d66eec5535d2b1481088b7a455c6a1c1a406d29226a
daf6c9502a7771a647ab39b43180757cf25c95180b5a217

hummin.lee@gmail.com.695289707109.Calendar.UserSettings_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

c1bfee3173fcd957bbef9b294295fbc8b18e107d95586125ae7f0b812506dbf2ec2fb4b6b1b87e2eca
037684599920e8260e6f590df3e1817d452a8a0345bf50

hummin.lee@gmail.com.695289707109.Chrome.AddressesAndMore_001.zip:

SHA512-
328ed67b7134357cf4dacf19fbce0716e8eb1e2c8da6417eb68b78dbdc4347249aed5e64861091e7b
29d8c2c26342b87a0c602095135f80f9c2cdff2d65346d4

hummin.lee@gmail.com.695289707109.Chrome.Bookmarks_001.zip:

SHA512-
fd101a6b2c91286f5b4ef81bd397a09b3fe47811f6c2ff588b32adbbc59c7f0e9b31225b4469c560fea
59395caf71614fd3d47d235256392f82260b1b787a251

hummin.lee@gmail.com.695289707109.Contacts.Contacts_001.001.zip:

SHA512-
e97e4d27a9d6097d4149af36ce41100508a6f9b271437fb0981212cf5e05cfc7682f9c2ed71664e5e5
d64d17e19920c1793ffa65604756d5b4cd98ebbea58957

hummin.lee@gmail.com.695289707109.Contacts.Contacts_001.Preserved.zip:

SHA512-
9e75d2d35defe5ba9806a9e8372290e5c1487d095b6f24c92d7c345724e04ecd13c59c2c791d6b44e
bf25b39431a8373236dbb894c73eec69c5938aa3eb32cb5

hummin.lee@gmail.com.695289707109.Drive.DriveFiles_001.zip:

SHA512-
a9ba4dc624b5c1c1420deff15d79ed87f4f22ab223f831d4bbca5c4623dacf07c996dfc0b346168476
5645b283f1b5609e7ce1643a04c208a4f973395bf23e39

hummin.lee@gmail.com.695289707109.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives
)_001.Preserved.zip:

SHA512-
815bf7a4a9c82e969163320c7f527577eec189bf72b5bcf50636d3e53be653c686f8db519d0f1a649a
0116b43809eb2c5852634426e152f4f518d34fd3a83004

hummin.lee@gmail.com.695289707109.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives
)_001.zip:

SHA512-
6a5bd17d81e7368e488ab870703124dbf0b5ea8715eb087188b05ba6665048683879363ec31541a2
367282daf8e3305acae7dd4baad16244ae239243934247c0

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.DriveMobileBackups.Backup_001.Preserved.zip:

SHA512-
da4a2a27c842415093c1cb1cda683c6ac1c5c0ae20bdfb4508c1027bd7ff852a2c1c803c52543ae1a3
e8a61121012ded6621b2535a1d21a518198e16f082623c

hummin.lee@gmail.com.695289707109.DriveMobileBackups.Backup_001.zip:

SHA512-
81882ec620ae045bfa10c67386a153c115d9d1b43e3a81907c7ecd512718d63b16404ade33699834
5635cfd1ba05892e381a43ef5f62437174f2c52480b6c3d4

hummin.lee@gmail.com.695289707109.Duo.Blocked.reportedUsers_001.zip:

SHA512-
1bd487cea62278a1516016ddd09495924f3e2a6a44a2f0e12edff9e73d11beebf8fcb5e71cd58d1fb3
1ef34100a3cd249b7b7fa26942fc7baa251fac0a5f61ac

hummin.lee@gmail.com.695289707109.Duo.ContactInfo_001.zip:

SHA512-
e6ba2d0decd1a90fc666bc160aafc954d1d067673a80ea213b93b14fecda537da92973d42636606d9
45348a23e4cd7bcc7c729546b395d32b7ee9be96fb5b7c1

hummin.lee@gmail.com.695289707109.Duo.DuoActivity_001.zip:

SHA512-
02a2a7059cf0d519795bda7019588fd6dfc5d9ce118f66160d0d1b99aafdcfc2794ea761c5c85db511
6f91ea08a54dfc3375e691befdbb77d42a729d4019e9ab

hummin.lee@gmail.com.695289707109.Duo.DuoCustomerInfo_001.zip:

SHA512-
edb2b045be56f9677597e7b09df52ca66dede59c921855f4a59aef53f6d2e88682353e1a7dbaa8e7bc
edc0a2ebcbc513bf720849522205b0627511e48c3d66ef

hummin.lee@gmail.com.695289707109.Duo.Groups_001.zip:

SHA512-
24c171d093a837ec2aabd86b0824fda7692e99bd84cb53b4e1288952f7b8640fa7c6308b006531bcb
3b4970c9a4e218c74ec1bf3849461967d36de3b33c3d6b3

hummin.lee@gmail.com.695289707109.GoogleAccount.ChangeHistory_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

0b58215b799eb05c3c3c74078400592bedf20039bf861dcbbe7af447fb779c75fb3255d2864bd259e
5ee9aafa4701da990e12c6551219afe91689df976b24e89

hummin.lee@gmail.com.695289707109.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
784f3d4bffcfeb54002c9152175d50e61778a42d57264a24af71cac3dcb64b0271c307670804e6f63c
8dbf3457bb1f06c58fec763f31e1c14cfee79f4906c47f

hummin.lee@gmail.com.695289707109.GoogleAccountTargetAssociation.LinkedByCookies_00
1.zip:

SHA512-
1fbe7baed0a01b6fc80985b4614d4161fae061c0aae4d9ec0229f64bfb4ec7ef38374de9d161f2e5b5
29aba5551262e87f7d3d2ba46345911eddd016be7fc203

hummin.lee@gmail.com.695289707109.GoogleAccountTargetAssociation.LinkedByPhone_001.
zip:

SHA512-
4a4f59bc70c972d9eee167932267f7e3bc8f2aeeb3a43eb1b2906991ffc9404c91f0d1d260f50708e7
ae0f0189a3978c8437bd750c710bb5a15cbbaac19199e8

hummin.lee@gmail.com.695289707109.GoogleAccountTargetAssociation.LinkedBySecondaryE
mail_001.zip:

SHA512-
971ed49d3ae6a8d76f53e6be5772b020cb0dd0a1809d5a53e00f2a3a7cb8a0363d3c92a6841d831b4
de1f99badd3d49b2b4e3be1c64c6e554c2c1fadc7bc3a34

hummin.lee@gmail.com.695289707109.GoogleAccountTargetAssociation.LinkedByTermsOfSe
rviceIp_001.zip:

SHA512-
fb138baaa3de3e17ec4ac28f0196bbf55e4e82bc5a9d22e485943933a011580d2266834c4abe230c3
69d13dbdba9d9b6a9b59051816d47fe5eb7b7e223bf0a5c

hummin.lee@gmail.com.695289707109.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-
54bdd4666e77eb9900bfac464875f87e61b5238ca3ba107e31efcbc5d4bacff60768dbe268c6674a3f
27ba9c8d3663126361a2527810460b1ff20c06c4adc35f

hummin.lee@gmail.com.695289707109.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

105f505bbd48ed0c921f39b9c859bbab46d9bff4c1303f9823cbbfb34842296112de44bed9d7728c9
f87ad20400a78a483e0f9e7403684739359aee958625aac

hummin.lee@gmail.com.695289707109.GoogleChat.GroupInfo_001.zip:

SHA512-
382c0b2c2d49dfa7c6f8b3f2cb1071055c65b0f0803be1e7aadbcaad550e5db3e34263c40c31267cd
7beefc1958e0b06891ee9549ff0f0e797a6b804c9661bf3

hummin.lee@gmail.com.695289707109.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
b14543b80e5302125f511942b1bf559eb5e6ee5c06e209315111e6f8ecf0f48cee69f565a7b6f8a8d7
6aa37c24b7ca60efc93151d015adb3ecf5afdf5e593b61

hummin.lee@gmail.com.695289707109.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
fc5d049be4d951b88aa9fe303d05cc99826c1b65af9d1446f9e2a68908e4fb108fdc3167ce3801e412
4065993d8dfba5771f289236c599c0b054e5e2878f5adf

hummin.lee@gmail.com.695289707109.GoogleChat.GroupTasks_001.zip:

SHA512-
a49d8117800194c883882cc6e993fd7995e6a74f10bd326f61fe0a0ef0697aee7eec8421185afc79ff8
36370b4de42ddde5a710320f812305878ea0045c691ae

hummin.lee@gmail.com.695289707109.GoogleChat.Messages_001.Preserved.zip:

SHA512-
0cfbd8364effe4e7709c4af4ba348cf653ba8bddee26a7512deb2ed78f6d9772d974d108c7a6b3c430
1fd8566e00a56d307c8a29e132fc84ea15ea7b61f84067

hummin.lee@gmail.com.695289707109.GoogleChat.Messages_001.Preserved.zip:

SHA512-
04ef6d7084329859c3fca9a210d4f03830829be7df48bcf47c48e844f6edd32ce6ee88e7a075bc06f2
62213968f95b1aa3dd5b1e76e4c7ad9bca0d44cd234ef4

hummin.lee@gmail.com.695289707109.GoogleChat.Messages_001.zip:

SHA512-
e198c59da8a12c552ed7a8a606f06927cbba862a219305bb44a79f0e916a60b03db41769cbadf0a39
c7bab270b260078d6214649c74c7ad01c5af9dcf3c3495e

hummin.lee@gmail.com.695289707109.GoogleChat.UserInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
21a772dfa91cc631aa0d4f1525ecc8ada7bf0d2c69fc716ff5ff72bd4d55fdaae1acdee934d2f6ffe13ac
c25b3de242aa633b3f07ddd2805043b826fe26db7a3

hummin.lee@gmail.com.695289707109.GoogleFiWireless.Billing_001.zip:

SHA512-
092aec52f4549c8a00ded980878eacb196fd32c2b8d26806de51e3d637e10d7fc8b3051afa8debb51
1d3bf7b3e589319faf8940b3d3692e284eae3387ff41942

hummin.lee@gmail.com.695289707109.GoogleFiWireless.Messages_001.zip:

SHA512-
4bc4f37d6c229d3e9ae390f4fb76582114438d82552a3b47c44170ecd013bc6cc15bb1f68ad798c7f
a4fadeca0962540bdf9cb62d0ee68326dbcc19ba8b3cd93

hummin.lee@gmail.com.695289707109.GoogleFiWireless.UserInfo_001.zip:

SHA512-
8193d77ec0c11defcb5e71a05ad10353405086a91a522d402c718ffa62ddd0d3e7f5204278b1ffd7cd
0fd12d4941bbc9f7830c4b9f190e8fb3512e9dff879b17

hummin.lee@gmail.com.695289707109.GoogleFiWireless.Voicemails&Greetings_001.zip:

SHA512-
161b9b91f6aafced900e2d4bcda4bc18c19f22034e8bef7510f3294f47e3d0e1df160c51141d235c3e
664eb284d3240ab7015c8a34a0d55890942253d4f9ba3c

hummin.lee@gmail.com.695289707109.GoogleMeet.ConferenceInformation_001.Preserved.zip:

SHA512-
7170666a9dcc9e3fdfd5b65956f7881d1cccd15dd1e3d8a7ecd7c7b8cc03330249edb406fe4782621
ecd9d418ce2acb7731ab54debb4cb5ceb708b5badf71ad8

hummin.lee@gmail.com.695289707109.GoogleMeet.ConferenceInformation_001.zip:

SHA512-
82d591a44d1c5fa8813a9a5a3c6c30c91f4ac483d55a9fb1f989a62477ab49a3ee4138300810c5180
3ad85bffeefe0b84af2f6b423783c49516525096d272794

hummin.lee@gmail.com.695289707109.GoogleMeet.MediaInformation_001.Preserved.zip:

SHA512-
40617e4810cd416fa1d2d84be5121ed4412d32079a106700957746c6d588a210e778041cb61ca740
9a6284b835f0ec831c11e4c638395908a2b5f619415d9666



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.GoogleMeet.MediaInformation_001.Preserved.zip:

SHA512-
47d85a3dafb1d32e32130df8f468f33b9aca936aaca9f3f30c3829c0ba020d0274e3cb49b886089b75
6fa76ff3a263ad14637b2a16298bc2f6ffaa0e04c073cf

hummin.lee@gmail.com.695289707109.GoogleMeet.MediaInformation_001.zip:

SHA512-
3e35ab77a19fc775b91ce0288553fb64a909d289d863380ed96092187933ba87c77f94119ee9c7792
dc84fdedf0df8d5666be0a4e04a2f75596dc10bc935d72b

hummin.lee@gmail.com.695289707109.GoogleMeet.MeetingHistory_001.zip:

SHA512-
19454c2a50e703cf5b327916ea59f9298e19602785bff85822ecd79ac345c9c4e565b370097227525
6bd348d5ce7729a12ecd19ca49194721983053ace50c239

hummin.lee@gmail.com.695289707109.GoogleMeet.ParticipantsInformation_001.Preserved.zip:

SHA512-
eba1d00dfae8c54839276d9cba3c4e7ed93eded020be32bc9ede13556682b791cea2739982e8d84707
adf07601f4966d46980c98313a60764b0090e7cb10e9488

hummin.lee@gmail.com.695289707109.GoogleMeet.ParticipantsInformation_001.zip:

SHA512-
557f229f258f7ae27e8c7bc5abfa0e989c14f48266c4f79c5c3f780bea2a3d0a260295d1e9d3f4e20a1
e5024480a9bd4decc25cfcb12e2de4406ee2457158302

hummin.lee@gmail.com.695289707109.GoogleMeet.UserSessions_001.Preserved.zip:

SHA512-
f14b8f3916554e21c982b92ba5f50fba2bffbd55da153fc7ee2406592e98ec21fe87b41b662bea9951
9884cda75426d904d7485d1845c2c73483e6acb820bb80

hummin.lee@gmail.com.695289707109.GoogleMeet.UserSessions_001.Preserved.zip:

SHA512-
875ff485a88c8f808f7ca9545fe14ec63e9444b37317df606752c159daf00b4059d3c31c7410f709f8
d2145d70cfea2cb29d26d78b1e277bd279dc97cfa20a20

hummin.lee@gmail.com.695289707109.GoogleMeet.UserSessions_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

8c4f1db5d9d7f7a183a27aae04f0e82025feb4899fee57bfb5fb07c050015c8a0ba4db436180e05266
d54805be6ad018821cf26e159ab2733deb11c09a445f4b

hummin.lee@gmail.com.695289707109.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
e78cc0dcf459d2354983e5a9513cf0d390dd53b1922227d8097ea367a7d81836d30cb3117b6a2901
a3619c4f254af6432309b777f8bac26bcd1ac3cc482a787c

hummin.lee@gmail.com.695289707109.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.Preserved.zip:

SHA512-
e25d75056b88079a8241c36ecc7c8a6b1bd3bd4812e51996eb887d67b9a32293795ed989858c6e54
a439812dc020182195e37dc619022fbda070d942afa12d12

hummin.lee@gmail.com.695289707109.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.zip:

SHA512-
830a5f2420d7dd3203ed2571e19acd4401e2b14d447fbcf40a763b8eafc1d66b9698752bb2768e937
fabac038e2ae7ca23d7bdd934579271f97abd9a82178ef0

hummin.lee@gmail.com.695289707109.GooglePlayStore.Devices_001.zip:

SHA512-
494337f42688e6995107a3f580543b16b1d7e0c762375543fa23ce735f56bc8a3d42e5ce6f425642cf
0394ceee244b8b15d99496eefb23f9f33c2cd2de45e201

hummin.lee@gmail.com.695289707109.GooglePlayStore.InstallHistory_001.zip:

SHA512-
3761cdad567c6118a9ffa1213eb371d90534c2b953427d6a1efa287dbe7cb8e56c0ee777d79bb143c
a402a203af697df863f782576cfdc6b113db4316572fba0

hummin.lee@gmail.com.695289707109.GooglePlayStore.Installs_001.zip:

SHA512-
5a85d29a4ac14213026a33caed8f03e72454569d2e38aae5ee2999483ff3f2920a6603e0d6f95f36bf
0e3769235a3dbd20ae1a029f4ba9eb4e48bd726e5edb4f

hummin.lee@gmail.com.695289707109.GooglePlayStore.IntegratedBilling_001.zip:

SHA512-
58584a4fe525cfc0d9c4631b279dc66a36183bbe40ff2332062181a887ad8005a1c2c334b8e63a95a
7fb27c87d44cd485c320c9519c861d04ea7e81cc5e93743



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.GooglePlayStore.Library_001.zip:

SHA512-
255c7a0b897d376f5b760b8af5cba6c0849fb25155b93378d17f71a31fc31ec572e4d56340a9cf5e55
1cb49eb204c8ecfb023a5982ef55add8501e9814fcdb1a

hummin.lee@gmail.com.695289707109.GooglePlayStore.Loyalty_001.zip:

SHA512-
69cc1fcf081768c355439f5040733b56c639f8b5c0791a028bc841a68ff4495afcb123cadeeb674717
665e5452b956f482f56cf5c97afb44161b9031d76bd14f

hummin.lee@gmail.com.695289707109.GooglePlayStore.OrderHistory_001.zip:

SHA512-
514cc29078e797ce85666dcf3c5e736aea742a2d274ef6f98de3d813dffe6df9f9ebb8420118857776
917e4d42f7a7d628ab62f1b71e1d2571404615a0159403

hummin.lee@gmail.com.695289707109.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
c49cf60214d0d33b7ac639c519ab77be696f37d6012bf56409e2c54dc3c663204189cb25f97914f7a
49ac349542c4e0a723fc597d7177e27a85bee6484894472

hummin.lee@gmail.com.695289707109.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
e736106eef21424777d7a7c918e0eefc80d52401f27bfa0491019b86a0ed9eb6cbc9b9e91630650b8
65f4d9226eb448d50187414176244ac13f0798e7e59f82f

hummin.lee@gmail.com.695289707109.GooglePlayStore.RefundRecords_001.zip:

SHA512-
85a058c36a7bb46394549af60d8f8f915cd0838d185caf0d23a9b4a466394c983ddb25a752e4b4dca
ef292d67b604eda868bb65f0b9ba6286cbcd2d6b5076984

hummin.lee@gmail.com.695289707109.GooglePlayStore.Subscription_001.zip:

SHA512-
ac2a645e3206ca13f8762022963c602001f0875bed2f2fcb8d18c4c950850e1cb54ecd6e169d367d5
7da01f8af4b8e1d30a0a424b01df8b15c15f2ee5c19a2a7

hummin.lee@gmail.com.695289707109.GooglePlayStore.UserActivity_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

9f422a462998b7137cb0340b640b0034d9332eda50d9b7cb3cea00643a9aeb6d962741f349f54493
993c399632670728afd387252df2c784a4bc8795b29c92c9

hummin.lee@gmail.com.695289707109.GooglePlayStore.UserPreferences_001.zip:

SHA512-
b312b45b15422c3156f84a0f542759ceb7388e01ea27c4975ccb4e933f01896a64613e40d1721d46f
2d7e31233a80afc3280e93fb22f331c8c58e279efe2cf9b

hummin.lee@gmail.com.695289707109.GooglePlayStore.UserReviews_001.zip:

SHA512-
19cc659f3d19e73a93b7a83ab5c65929baeb3dfe0e3659cef8983188d2dc8c4498c066f43d43f83fb9
3a3fabb2750254170bc5ec037df8c5ef5672f0495459d5

hummin.lee@gmail.com.695289707109.Groups.GroupList_001.zip:

SHA512-
6ec6f23f813dd41a4d1a7805651910406774a7ab1022e9e6571217a89560ab31b772e112b6e55b7d
f1d3b812449c0a3770b6c6a9e7dc6085fa7e9bd821d29113

hummin.lee@gmail.com.695289707109.Keep.Content_001.zip:

SHA512-
ed2840ce9f7530dab66dc6864bc89c6c22ad15c60976c797cefc7141ee72d64a78517049701349947
8dfbe883edc4c24ccb289a1153f80feec7005af45feb800

hummin.lee@gmail.com.695289707109.Keep.Metadata_001.zip:

SHA512-
4cbd9bb7a4f2b01b57a8da49386949c4f63b354018b131146b9d4a0b98d6d321f289931ea10f1422
1afeb24a434ad428d9680070fc96ce93bc0ef5e0421d78f1

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).EncryptedBackups_001.zip:

SHA512-
5d590052a17eda47883aed798dc1ee7afc206ff2a6c1c0a2a1db5e43cb570f14e98e2cd9a395da7399
4f0f9a2698ea09c73c0b75137f31d6b47bd2a6119c106d

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).Records_001.Preserved.zip:

SHA512-
54cffd2dd83d40d9644aba6ae212730223f6e82d98395f54915c1d02e8d6a873365a6185a5aafe27d
6ee65755fa5502dfc9546d207acb0d833becd34d4c7fd4d

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).Records_001.zip:



SHA512-
fb7e3fc585d8b144122efe6e5d29b6c08bc7ec70782af500e6f986efcf683370c992d3e4687d26b505
47e27190f39c836530cebdeca68c3b36f6dc37d1df58ad

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).SemanticLocationHistory_00
1.zip:

SHA512-
f5dbc49ea2e2cbaac02d0ef4952bbbbb07a2c7ccbae7314ee55c3aa4d339bdfb0e7a65490fba1da87a
9eb53308669a388319ab312398dc19074f317fe7b3584a

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).Settings_001.zip:

SHA512-
042e2c642cf730cfd39308efa08a81ae7bb4ee60dac76bb6f6ddabf5642aec8c04a63d25865ee18c35
63763a935127f97cca10047188395580d5836f44842f89

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
f9f1820b63f46f8583178fd3aa1508657e1136391512a3d946e3e0a8b2fa289c631ca3e1da93e871a3
f1f079c3f2704c86d8b5f125cc1beed7619b413da3b5f4

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
09a394b48757849ab4d24fbee8a41b8377a5a7157445dc5aefba69d4ce392548497924ea79a9f8de3
87c29d319da2c7531ae059ffa1eb895d55d7d2c698b1ae7

hummin.lee@gmail.com.695289707109.LocationHistory(timeline).UserLocationProfile_001.zip:

SHA512-
cb158815bbc51fa9038af52952b3851ba2f1b58f988339b1ca6c499564c2143b214e634251dcb6a92
6e01a4b6d7ebfea108c0f3e923a129374775735329ec1c4

hummin.lee@gmail.com.695289707109.Mail.MessageInformation_001.zip:

SHA512-
df9bce97644a0b45bd30d928e3c9feda9a41508f6cfe54465595159a7d5ee4dba92dcfad3a4644f250
0ba4a38eb67d0d117df3ceca567d09a814c7884b834e0e

hummin.lee@gmail.com.695289707109.Mail.Messages_001.zip:

SHA512-
05304a5fbb1d262d70a3238cd73d472ec58ba0dab8691ab82b4ffca4a17eac6dffe41efa30ae47d13b



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

794dce3081e472322777af64f72e8feaeb7f853bcdaedd

hummin.lee@gmail.com.695289707109.Mail.UserSettings_001.zip:

SHA512-
e2ecb7b379ad198ebded60589e41c6f363d22eb09e6e525b4438f92d9f43e6266921e680e7324474b
8530eeac0602e2c66494b8d489fb2c37b6332f87d01f014

hummin.lee@gmail.com.695289707109.Maps.AliasedPlacesResource_001.zip:

SHA512-
7667e7dbede9c346c881ee8821957b755ef03e5291562d4faee98c0f07880461747712d117ed77706
a66f3a7388d9112e506af18ec694a23529c2d270899983c

hummin.lee@gmail.com.695289707109.MyActivity.MyActivity_001.zip:

SHA512-
78ba424808036f0711f8fe79713939a9943eaac8a76752bd941095b317203557940288413f510d8d
682abc2fa2ee7dd1b9dde0dc129fb35266f9eae85d37f8ab

hummin.lee@gmail.com.695289707109.Preserved_001.AccessLogActivity.Activity_001.zip:

SHA512-
dd6a3336e4708c50dacf7109cc632e7fa571d759352aa6cba8e669acb36b13aa76bd6ff5293a1f13cb
44a4b9c7e8152f2163c9bf121192ba1858bd412d78a580

hummin.lee@gmail.com.695289707109.Preserved_001.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
05e7fb75409fd5ba93389c0a752292107e467014f71ca470f1c8effd3e2c23bc851bb9d0865f0a1a7a
568188320e33532940697392914774250a08cfbfcd2985

hummin.lee@gmail.com.695289707109.Preserved_001.AccessLogActivity.Devices_001.zip:

SHA512-
59d197aed53e48470a96fddc9828606bd50c8cafe0d31ef842e7870abd312d5aa99eaa283364a6c9e
1756554f7f5c128773f7699bccae3f84c5369974c48899c

hummin.lee@gmail.com.695289707109.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
a21cb591e792dccc4c8fc666028cb78ee7b0e27c54e502c1e637b9ea615ca2d137db72614e6d93d67
236006494505d00cc1f45dc4eb7a19f5686c7dce5b36cd5

hummin.lee@gmail.com.695289707109.Preserved_001.Calendar.UserSettings_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
48fdd4a6b7d58cc8fcfc71eb431da25be0ebadcd1e3e367d7fb6632ae16687f2b2d71f8d5041a3c440
0ffda0e15efd0d581072f6f1385b9729761eaec6f9d005

hummin.lee@gmail.com.695289707109.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
3ebabe232e619f4f75f5ba61be50ed4e5b9d00bbc0b98b64de105112c20bd3b0825c40052dfc3dc63
ca460129f47104f86f583a9068abcc41f035652b8b372ef

hummin.lee@gmail.com.695289707109.Preserved_001.GoogleAccount.ChangeHistory_001.zip:

SHA512-
ecfd50374068b5d1bf0ba48df5b373f61e1eb7392e773d5c82970651072385f3dcb9d0df14131d393
7b1ee3007abb8fed8e360464e95446303bfaa3a0d19be13

hummin.lee@gmail.com.695289707109.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
a3a830af544f9e9b36ebc8720f65dd9992c84e466dd41fdb0792af015e4247b2aaa1fe249450a1ee1e
db0d89096aec523f3cc23cec0d3ed952d4a3d9d483a47b

hummin.lee@gmail.com.695289707109.Preserved_001.GoogleAccountTargetAssociation.Linke
dByPhone_001.zip:

SHA512-
19cba8a5139ecc1f667af1b0aabd1bbbcd3f4034489b1d0ddd4db08f2cf853c22435c32846478aca4d
eaedd105c7a87110eb6341ae33be4ba43b5eb885f9661e

hummin.lee@gmail.com.695289707109.Preserved_001.GoogleAccountTargetAssociation.Linke
dBySecondaryEmail_001.zip:

SHA512-
f25c5c08b57e20478fd0f7abef77a8d643b98084106d8d0f95547f4c6d75ab98b12eeb85b38099f37d
a7ac0f0b859657eb20c77e833c27e5a56c4f0fbb7faef2

hummin.lee@gmail.com.695289707109.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
e48043ce91138a689548dfed6520314fdcdd8705a6da103a06c84e9099183af2d1aa2f614e7778496
ae93984d0bc7f472a6da3dcbd512af0db6f98a5122d704a

hummin.lee@gmail.com.695289707109.Preserved_001.GooglePhotos.PhotoResourceLegal_001.
zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
cf63b184f564bf87d3067d9b5a6ad8340d3bebd6942ea5534b44c8ec09b62c3ed14227418c27b118
3af3456ff39b207a48526cc33c754603d22ed6e6270083b9

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).EncryptedBac
kups_001.zip:

SHA512-
4bee24a267d708a037667c7a9acea3b55dbab1b7090884196c3efbe5b6e2ff16c4893b293902c95d5
1855bd0952b0ac27a12f61036d239712f78a539e6cb4452

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).EncryptedBac
kups_001.zip:

SHA512-
8ad62c1b07dcd26693ec6fa193b4d22927d3ba7211a4855ba7c3edcacb8cb35e9fd453f77805821ac
6404e059fb0ac0df92d692a43674c463526949c17a0821e

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).Records_001.
zip:

SHA512-
00da23360f0695bddaad7b267ed9f23540441f8b2913e8ebb36a304993e547b254e2b208bc094c4c
d89ed1d646a544a3847e3189fa8a7f6617b14c3c1cb626a1

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).SemanticLoca
tionHistory_001.zip:

SHA512-
883730b8dac055d5b711e316c98b2e2831e15d0d2f05add5487fc5a57b8bca6fcbeb25d54f7ad6275
c118de4fc9aaae2143e78d60c5b67593d828c0d6f5b728a

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).Settings_001.
zip:

SHA512-
9e48d6db12e4228c273aeb8ca3564f356802a62df11d8b613002c30d7c8deb7128f2efdbce2990b61
786e269c0f7a120b2bbddc4f2dbbdcf6d9f8b456d10e30b

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).TimelineEdits
_001.zip:

SHA512-
fa5eb77adba412c1d5b25e605f2c04ea94d5491e6a7b94536c689f6d3794c49aaa59ab82226fba301e
9088ae157e7c10773ac24997e6f47eb56d7f8b9f74513a



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).TimelineEdits _001.zip:

SHA512-
551c2b598623017f9f338a046e57d58e558e2073ae6edabf1c3746d7a2bc0ec53ebca7546c12bdcc9 3a5429f4b9b056ccf41388d05306cadee8d1cb6e6991dc5

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).Tombstones_0 01.zip:

SHA512-
df2601bbc7fd8050cc560e5f4449e7c826b4c828082332ab16a3931ed1295bd83799bb4a918fcea27 9d7e261ffc359559b8322855f9ae833483f372f4fa4872d

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).UserLocation Profile_001.zip:

SHA512-
e82d47a18afde017e215a6b6ab6106c5697f51b60301b74c7178251b8bd5b276f8a85a461e6d505e5 87009bbd43fa1b4f2a346288b75d7beda95e4565bd6b648

hummin.lee@gmail.com.695289707109.Preserved_001.LocationHistory(timeline).UserLocation Profile_001.zip:

SHA512-
0322ef16da0ec4627d25c7c301fbf099a909c0d8975a24c42f4506dc9ffc36804cf32b2a6ff5c10386e 90ba0630e95aea06c1ca4ee5e24a17ece547296807e16

hummin.lee@gmail.com.695289707109.Preserved_001.Mail.MessageInformation_001.zip:

SHA512-
1c2d097820b14b7b5a4b70a32850d5a82f66241cb482753859d351383cc89664b7b479be2d6e7c4d 2054ed2e3bec86a765b8e561cb966a486d0e633dd574bac3

hummin.lee@gmail.com.695289707109.Preserved_001.Mail.Messages_001.zip:

SHA512-
c530a6f3d302b202097e9c0d161e457c12ba4ababbb735dca3c827db73355801e21064bea5ca0688 a6d79883c3957042349f42cbc1cf091f38116c3ea93c95d2

hummin.lee@gmail.com.695289707109.Preserved_001.Mail.UserSettings_001.zip:

SHA512-
f09ca20ef0852ae69725e1071346a3e07bcdbe32e783aaf10b75a02bd0bbc09b4673584a4bf9a4ec10 f504c42b127e79a70c0cd2e8cc1c03810d0b7c13ab5d07



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
36c9d076d5e48238382222115db6ef75ab76191f36d1c23a832d7cf3b6a77cb3adf582254dbd72122
b5d972d9eb38b5593d1ec16dd4396f341603a525baebd1d

hummin.lee@gmail.com.695289707109.Preserved_001.Voice.Communications_001.zip:

SHA512-
acf58adfc72d6e764caec20f7928d50ad73e489ed9b1b98b4990498f347f125eb40e1455a6f81fa711
7679d12a1c59147c944d3263934906dcd8650631f191a8

hummin.lee@gmail.com.695289707109.Preserved_001.Voice.SubscriberInformation_001.zip:

SHA512-
97a207cb1055199a03b138b3ffd9368636995020b5a813623ad5d2297503a7825e446c05d30974de
a5a8b6b681565aaace1af0ec603ef5c0f9fa2ea56df51d23

hummin.lee@gmail.com.695289707109.Preserved_001.YoutubeAndYoutubeMusic.BasicSubscri
berInfo_001.zip:

SHA512-
c5ce0f187ef8f01663595a4cdb50da86ad6ee9b8fa32b6e2ce41bd3ae507925b834a6e7df81b002e2c
e4464b130b7e08789158fa73e1a30cebfa2937a9e05107

hummin.lee@gmail.com.695289707109.Preserved_001.YoutubeAndYoutubeMusic.Subscription
s_001.zip:

SHA512-
be538bd5902778266e42a771347d5b721a834a2f4191ca22d18e1b3f0812bb305fcbf42a7875492f2
fce2ed47a56e9f9e8a80a6246a2e5a4c7ae598ad3776c38

hummin.lee@gmail.com.695289707109.Preserved_002.AccessLogActivity.Activity_001.zip:

SHA512-
f9c34baf47640c00afb0b1e72b2ff11f6dbe229dd72d671eec41177a216fa60660d21851fbad8f4568
8cd288dcaa2243907fd95b0771a2bdbdbac2cc5ba19216

hummin.lee@gmail.com.695289707109.Preserved_002.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
befe21dd8551e5c6bdbf6100ace3a3b57411f2bb549263e6655d868620019f0378a613f72cf552699f
b2812498252d6d3033e66050109b14b5f1425b7b363699

hummin.lee@gmail.com.695289707109.Preserved_002.AccessLogActivity.Devices_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
1dab9487873bb07ec792b4b586552e05bc2131671dd88fc35b0ed06bbf66b401319decd981c11d86
01be9ab147ac4097555d4441225f413ae04bee1b2602c19a

hummin.lee@gmail.com.695289707109.Preserved_002.GoogleAccount.ChangeHistory_001.zip:

SHA512-
8020d537bbb7a5a9602ac2c5cce664a852f80dc93b4c73723d4e816b94d382e4d0139c01a8765f99
3652ad29d51663d15788708a21a074ab23b103e6353910bd

hummin.lee@gmail.com.695289707109.Preserved_002.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
593d277a6b7d25dc436ad3c41fdb1f4919b8a5aed543e10d833b66de6d4da479800a2da5305e90e2f
d30bc41d5d732e2a76e51b36fb8523e58098a72fd01d080

hummin.lee@gmail.com.695289707109.Preserved_002.GoogleChat.UserInfo_001.zip:

SHA512-
4a41f4e36cb81e61264a79dc5b319bfe49051e45029660ed03ec5617474ddb637ccbf84aabd82c4a4
d164bed863bc667d090198520c84af4f4961d81832464bb

hummin.lee@gmail.com.695289707109.Preserved_002.LocationHistory(timeline).SemanticLoca
tionHistory_001.zip:

SHA512-
839803507008c21f2a9f42419bfcbeb8d00cc7f3beee83b34d6983e58d2ac53a01e74dc6877a6662c
aad595022a266423f35dfb2dc298d14920d112ab5d462d1

hummin.lee@gmail.com.695289707109.Preserved_002.LocationHistory(timeline).Settings_001.
zip:

SHA512-
d5a6b9dbfdb984f273d045360efd2aafe739794513d95c1a36d782c222b7edd009e50bfd87090e1f0f
64cae0ebe388f25de3a5669ea4fc6e1ce12963112b60a9

hummin.lee@gmail.com.695289707109.Preserved_002.LocationHistory(timeline).Tombstones_0
01.zip:

SHA512-
cc646b40e44271d94d857c9f5db1a136a4b9106739121995b6abc855206d2f125f932b2484384854
8e482d8c05b221e3fba9ce7ed0d8030032cebe944e13f763

hummin.lee@gmail.com.695289707109.Preserved_002.Mail.MessageInformation_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
c961ebca8be7452038dd159c1b1a0a416bd45846ba3ccab617d5ff3f94282068b59ef358d259dba72
2b425a1ebe56266a1d8ae9a5dc5ec33064898683ac78a85

hummin.lee@gmail.com.695289707109.Preserved_002.Mail.Messages_001.zip:

SHA512-
f0a8de5625a2e8469c46d40798452ec6b6100731700f11d85f53b37df7ba47b5f6b76d878974d880c
b27c1a409d45694aa509b6e1f23d070d89f4af960734dee

hummin.lee@gmail.com.695289707109.Preserved_002.Mail.UserSettings_001.zip:

SHA512-
af0a81638089b6fc4645ebed6e2699119b9d30a90c4586a7bbf7d14094c69923293ce60e578ac848d
e2061edbf20aa6ef675f1e45f0b7ee4d3fdea7410c4bfff

hummin.lee@gmail.com.695289707109.Saved.SavedCollections_001.zip:

SHA512-
50db3733e27b68a9babd785d26922309da0e00ecb3b0b67d495a1b8a423a394e74ae978f62c99a2d
8db2c8cd3507d9144d92ec25bd777d3a68e10265d9460fbb

hummin.lee@gmail.com.695289707109.Tasks.TaskList_001.zip:

SHA512-
7389c1902daf32694c74fa2f7c5494c5bc714529f394fce0129d315b41f5101692ab2808795c2a7c1e
da97fd3aa7a9d688bf898d46821492e830a47cc0a26d7e

hummin.lee@gmail.com.695289707109.Voice.Billing_001.Preserved.zip:

SHA512-
bbc6168440215d2e7d56e4badc13c305a306bcc5ac0486c1de3104f30728e39cd78cd706baf42374d
8a78fd4f6c9aba15e7d5d3bf3c10539918e68956598e610

hummin.lee@gmail.com.695289707109.Voice.Billing_001.zip:

SHA512-
b9a779901f756e48b20ebc7ccc5a837b8d31b944007999901ff8b9e23ba59d4d4063acbe370675459
642fd1557cb433ff6aecac9fae9a44b877fc32fc6fefcc1

hummin.lee@gmail.com.695289707109.Voice.Communications_001.zip:

SHA512-
233a948a56b29cbd50893b293b3ea75e181b9d01e0e596edcb6a74bb2d84b0db64d4a65acb6dad68
d65c1e37252049b410105c7f6127cb5852e6a738050e214d



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

hummin.lee@gmail.com.695289707109.Voice.ContactsMetadata_001.Preserved.zip:

SHA512-
9a05ee4e476d654ae1a82eeeebdc9d5e7b3e68e4cb679fd96be50d762ff067f564d721c8712536d41
d9f7019f4eec395dcc479671d5c0732ccab85ec70e972d6

hummin.lee@gmail.com.695289707109.Voice.ContactsMetadata_001.zip:

SHA512-
295d9ede6ea79949310e7dd0b10d6099669b38d9790d589f825b032e4b7317bc43da6a1c299798f2
9a105e70f028f31f45bb70380f67f088153fab951867e345

hummin.lee@gmail.com.695289707109.Voice.SubscriberInformation_001.zip:

SHA512-
4e7f923e13a9271113d48c40d9425e9732388c27c6deb25f60c7994f3b688082bfa0f1dedd2ba22c4
e3441ddf2e288b2b6fbf401420e186e63ad7ac2e78f854b

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zi
p:

SHA512-
7afbe5b457eb0d7a50b1a846536f990f15cc37ecb72568d470bfc5f179759164f13ed17723c483d60
5354ca0dd620b222fe1b41ddc114759dd8321a0b1d3dabf

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.ChannelMembershipsSetup
Files_001.001.zip:

SHA512-
7d7a391ca458f4c6f8ae5c22d05196bcfd49f005c21efe687772afe07ea2888e32eed1b9f8ca17d5637
0fb466de954140724d6ece0febe876000e43a4e81c16a

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.ChannelMembershipsSetup
Files_001.Preserved.zip:

SHA512-
f447db1ce7376ccb14708dfea3faab1319f16226363efb7164a17ab6087517d4e20a9e8aa77ba0bfdb
9ed235cb6cfc88f330b12d4c1637047138740298cbf7e4

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Channels_001.001.zip:

SHA512-
63a3d20ca510fc6816244a5dd04cd59b123c8f79b9d9225aaca0661a6e53aa84befe0de0b7015e565
4559abe7984264fb09d641f8a2dcae0e1f8bdda040b63a1

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Channels_001.Preserved.zip



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

:

SHA512-
14925068b2e8d5354e8636d41a5487bec5a1f7cc5e3d0dae247ecf0458cf9f2b2929a3d8bb265fcbeb
8de3a2466174869ed081ccc6b02c6ddb171e62ea08a7f6

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.CommentsMadeByUser_00
1.Preserved.zip:

SHA512-
948c5ca193d981403bc77e10e420f673266bb29e7c6d36081f09597cb3e045838ebb72fb1f5fa8611
195ae4d06f3a851c4823daae39dd2f555c78f25f62d8afe

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.CommentsMadeByUser_00
1.zip:

SHA512-
445c60ff64aec88404994be5b9f7d459bcfc97150773adb6d71854d36ff30c4d5aba30c8e63cee6ead
8e1a339449a2cab10ead61757f4d74766c16cbe5000dac

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Playlists_001.Preserved.zip:

SHA512-
245d16f60fdc7ec537d7464863524bd65151f96e8e6f56ff620f89d5391ff488e48e9beddbf6cc490ae
8f9af174e97c9efb6979ab6b98dcb06d67e9f90673775

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Playlists_001.zip:

SHA512-
70f021c91b492b8f87002b304436ad657cd0d16d3f02cb081bd0f40a39bc94d67978a652ab6cdf9d2
db76dc411c1ca1fe4b51595dccb1470ce9d553a85c5c123

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Subscribers_001.Preserved.
zip:

SHA512-
42350014a095dfd083a1f861a2bd2b3d616688c47b799508c3daf7b88521be0a6a6727a3a0824b14
a4bc2134bf8cfcf0e355aff6c5c4ce6d1d03e5377c9ee7a6

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Subscribers_001.zip:

SHA512-
977ba00e67f5e9955eecce854eeb4e5748b9b6d39ee76c2094a261b84dbc7a3882caa7dc822161713
9b42d96f4ed2ed6a68e70715bcc3e8ccc68fa699690b114

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Subscriptions_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
9ef2e29dc87734e9860842b062fa964b584c819e5625492819c6af0ebd07a1d47e500362acb7ea0e3
239b6868a55caa5fb664bb292a2db7b71ed6218a49917f6

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
a538b18d45b10039c8512aec37a00f96de7118f6fba26c0dfd3e0a037ff318af9010f1dbc9f33a1a695
30370c99fa341401276172d8bfbf2c3157894bac9079e

hummin.lee@gmail.com.695289707109.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
3c4aa1fb36cce5f925dcfffb93d3dbca33c9dd57906388205e695be3b5bac00fe9e219973d3bdc3843
330f65ad18fef389f8c41323db67e136ed8746f1aa3da1

jinchuan0323@gmail.com.115163346192.AccessLogActivity.Activity_001.zip:

SHA512-
3779241558e86cdd5cc703e51233a8c63e718488583add5bedc23c98d8ca478ee32b211053cadf3be
f4c17c27f339234c69348e1ec9476965d7a30f2fd063e03

jinchuan0323@gmail.com.115163346192.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
c2b7dfdd949562f56961f544bb1743fcc90fbee9fab8cd2ce36c5bc1fa154e45f03f196d906b296b4d2
f866c995105b2f11ce783dd5c2865f1a98e5014fb27d3

jinchuan0323@gmail.com.115163346192.AccessLogActivity.Devices_001.zip:

SHA512-
d9aac401ce777ac88963edcd597062958da8bab6e5202b2181e966802ef45ef25935f9f77dbe84ff9a
e959970d6ab09712e2abe3c6034efe62bdade43fb81289

jinchuan0323@gmail.com.115163346192.Calendar.Calendars_001.zip:

SHA512-
c17a9c87b59b174189d92bd1d01eb4461841da3972b0ccc927f66b306d6323492d287bb50d944a9
bcc0617097e2ac0f87fe40e89c802e4bd95afb38b5d2acd22

jinchuan0323@gmail.com.115163346192.Calendar.UserSettings_001.zip:

SHA512-
1574013b665a070219326374b388df04aa15e4bfaf1341a49e705b59d0b917db8031e25d75114feb
329ffd40fcc62016344c87d2335806c41359a36738e284c6

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

jinchuan0323@gmail.com.115163346192.Chrome.AddressesAndMore_001.zip:

SHA512-
4e999388940449c6d6e7388e53e5a8b95c8dca080f25dce72a8d08f1afe644340fd6d6ed505872ff1d
7c07c8ee17992e2b8e89423d74307912a2d3028fe16e49

jinchuan0323@gmail.com.115163346192.Chrome.Bookmarks_001.zip:

SHA512-
e2fc65cd4a2353c1f9feab85817b61b727166fac745baf406649fdabbde6eea3e968042ba0a7a80770
6fe06b94bf3569bf79e7e04ec56345739e1ffa406dbfb0

jinchuan0323@gmail.com.115163346192.Contacts.Contacts_001.Preserved.zip:

SHA512-
ea8d64cd12c7957e3f1deac6c40bb987fd431288331ef34b0c4b42067cc1f99ed312f25aec60ba17cb
2d53aaeafdd870b259790372ca75914f4bd32a2223443a

jinchuan0323@gmail.com.115163346192.Contacts.Contacts_001.zip:

SHA512-
ad8597619598969f58fac8910d2f7e0489c35d36b4a6a562905a7b7ef0d99b1423da96a89c8210475
3b4e70a8d04cafcaa3db6eac5408de248187112d9576636

jinchuan0323@gmail.com.115163346192.Drive.DriveFiles_001.zip:

SHA512-
adcf82d110dc9eeab6eb4906423e6aad4ed9eae031c11002cb1268d00f646c5be0c672b4ab3835cec
2f190762fe6c8d98e863cfc75ebd7291bc99315509bd58e

jinchuan0323@gmail.com.115163346192.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDriv
es)_001.Preserved.zip:

SHA512-
4534f4d6e463a8890f129f93652b5540abdd125a51378a1e9949ae9d2193fcea64084a2f65053eb08
614728ec37ec46a94cb09eaf7ef6b2c3cf13be89d848109

jinchuan0323@gmail.com.115163346192.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDriv
es)_001.zip:

SHA512-
60c4afecd5a2dc5070b1afbfe335880c87f9fef509ad115a655195d6e1bab7377bee778e020301ffb67
2755dbd2c42f0d5e272841522bce6c99a85a52e6d7ba5

jinchuan0323@gmail.com.115163346192.DriveMobileBackups.Backup_001.Preserved.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
d32a4067bb6dfcda3b3ec4463b163fabdce1139ef8e0b38408b5c21a0a779863b9362914a42d60fb4
67402087762646a11de53fcd4c554cb1ae5ec1ada9badca

jinchuan0323@gmail.com.115163346192.DriveMobileBackups.Backup_001.zip:

SHA512-
580b7487b3a0cd984d9d56b10fc4b70c58a5ce1e320d794188eab799282068955375269d105b6d0d
7aa943e9afb708df02a79822d96f6a384fc4558b1e8c7398

jinchuan0323@gmail.com.115163346192.Duo.Blocked.reportedUsers_001.zip:

SHA512-
1353d2a0c89c77f1f05cbda0c375d8d3500b583acac186f067ab346ca41dea74038f8218919a09b56
49b96227b41307fcb11f6bfe1f262f55d24c753ee269b79

jinchuan0323@gmail.com.115163346192.Duo.ContactInfo_001.zip:

SHA512-
0e6a939e681df0dc75ad6a78630f461b388fe2831a8c47d1d5b42f52ad1d5eb2ab46292872eee265d
20aed625aaf20f5390c627c55fcf892e402d09468b5a2a2

jinchuan0323@gmail.com.115163346192.Duo.DuoActivity_001.zip:

SHA512-
8a31875fdf1ca1a9899c8d4f7160ea4e23f26eb455bda64554ea76c1b0699ed40ed55cdeddcc4a5c78
5d5538f21d7cf0db56234cdf029066827273a9139cd0fd

jinchuan0323@gmail.com.115163346192.Duo.DuoCustomerInfo_001.zip:

SHA512-
54f1bbfce8360d2f76201a50fef8c2f06680bfdf8ac432eb3ae43b0eb109e362903b3afc6ad54a20126
c90121bfb3aa2c6eed76519f3f2f57eed4052dfda6a35

jinchuan0323@gmail.com.115163346192.Duo.Groups_001.zip:

SHA512-
f966b748a9fd66a6341954cc1e1b3ea38eba2dd7d1fd2c2a95cdc9a8051b10466abe2c8688611cbe1
a114fdc5769e0c556602516a3e33c878576b7a3ef52b5c9

jinchuan0323@gmail.com.115163346192.GoogleAccount.ChangeHistory_001.zip:

SHA512-
97288452269a8b372095d9f6199fb1ce7c2c4c41030ea884292363ff8e2db2ca5d8443a0dcadeada9
7a46707d38fa563e81dda5e477f0bb0b24a4bcd6028fb83



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

jinchuan0323@gmail.com.115163346192.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
553c877bd884b80be139623819a0f59cd9592f3391a82c6ebf36781fc4d4fea74711b5a2580f5bbc1
5cee6f982e66d73a6c1d8b484b7849b600e215bd9831f66

jinchuan0323@gmail.com.115163346192.GoogleAccountTargetAssociation.LinkedByCookies_
001.zip:

SHA512-
9357684635dfb6135509bbc986af596840c590810b5876396e179120b6f3d4d5e0082c9a0e0e9060
e94808ef69624755796650e37a0a13f551c6f487430397a9

jinchuan0323@gmail.com.115163346192.GoogleAccountTargetAssociation.LinkedByPhone_00
1.zip:

SHA512-
d050960441c5cef627dcf87bade19f003e1f9dc9c855c9c0606ef886f28032b35123b5901702b3af24
acc73e20daa26cad1c685c65f7946cc784b2285757a191

jinchuan0323@gmail.com.115163346192.GoogleAccountTargetAssociation.LinkedBySecondary
Email_001.zip:

SHA512-
700cc602def1fc4f7f3296fa6fc909de3be925c1f8d4d274fd7748a53d63b4b487ecf420179425161e2
de182cfaa920d026dc32f326635e49a837ed5f449954b

jinchuan0323@gmail.com.115163346192.GoogleAccountTargetAssociation.LinkedByTermsOfS
erviceIp_001.zip:

SHA512-
bf4b09600eda132715f0493f571b4caafb6effb965da00a97fb47e67c32df13b824e130a7ca7e365e61
d20fde90edf927edbf8ce5879da9d2686d05ebc920c81

jinchuan0323@gmail.com.115163346192.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-
62afe9cf507fbff5232c6697b12a413f1b024bb4e53f37fbf8cd05a9a0923cb2c8cc271a6f03732ab05
febf5771bec5d1ab588331608bda10ad2db50fe0c4878

jinchuan0323@gmail.com.115163346192.GoogleChat.GroupInfo_001.zip:

SHA512-
f082414e72071b6d4b2824050392626e5576e21c10bd2238ba737a9a95a861c350b297b69ba67b2b
345a0ccc2f9a59c673a693d8864e44afaf102046ff2c4baa

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

jinchuan0323@gmail.com.115163346192.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
14ec91fe180fc98edc8c29e0d84686b4067d0f6ca5f9a881196d3cc42207c3cf425e2ae1694d4f4f24
d0233f47b2140fd7444dc08a2678535be08b0b09552d54

jinchuan0323@gmail.com.115163346192.GoogleChat.GroupTasks_001.zip:

SHA512-
e4b4762c4be6a3726d5c6cb9e81474c19547a9d5f6a53251ea7101743fcc37b19f016b629b27437ae
dbf2df3ececea24c889beeb5cdac0b32a9397fa6adffd25

jinchuan0323@gmail.com.115163346192.GoogleChat.Messages_001.Preserved.zip:

SHA512-
b1de1afb996f3eda6110206b06770d36842b6ced3c627d9d05d3f44156effbd5142d2cfbab9f49ee5c
9da89ddef1915b80084992eff59bd692cd00d7f4a83bd2

jinchuan0323@gmail.com.115163346192.GoogleChat.Messages_001.zip:

SHA512-
368d34a74052a02b5bbdf0c78e7e563138cd0e65c898bbf712cbddcf0277838944555964ba230686
a42253dae79d2d0f624904f64b919ef2dd4f82f72da5a2c8

jinchuan0323@gmail.com.115163346192.GoogleChat.UserInfo_001.zip:

SHA512-
c14af38d890de1a34568fbd4747d8af2977836980d2b58b4f1b9ae1524632ae02e620b71690caa0b5
9d6f3aa6da67824894b0931f3a538a76b2d90637ee2b42a

jinchuan0323@gmail.com.115163346192.GoogleFiWireless.Billing_001.zip:

SHA512-
3858f175747e6d377c96a5466cf40124253fb8d18358f2606cbb35ce916f192626cc96b81c9a64346
2d084a7ade598248c45aa799b8141a0c418cbe685d97e36

jinchuan0323@gmail.com.115163346192.GoogleFiWireless.Messages_001.zip:

SHA512-
81e4c9370edd4fdae324c94dd9564dbc77b3c255501ddfe1be1c50778fbda9081988ee0c10cc07005
38e57050ece3a72c1d3c74bf872a0bb63764b2890d4de93

jinchuan0323@gmail.com.115163346192.GoogleFiWireless.UserInfo_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

1c7492520e8af72d6aba34ed7ac066ef327a2d633d503f7a5a81d00c823c6cc57e6d5268b94836fdd
75aef0409c0987d7ce83e3a3f4b95ea83955081f6b19e3e

jinchuan0323@gmail.com.115163346192.GoogleFiWireless.Voicemails&Greetings_001.zip:

SHA512-
02d4e438c1879acf554a6d0a9e28e24f618228a7b64ee4ce0fa1c87a9d124657c7356fc25c834e2c63
e83619bbcc9f6794c665f22482cf3ca250a1f787fe3feb

jinchuan0323@gmail.com.115163346192.GoogleMeet.ConferenceInformation_001.zip:

SHA512-
844250a9af02df02670e3419c0f0da94e22e8a6672c61ed446e2ea60738dd5798002d75112403bd3c
6b7a22737894c196fcd029f9f79a5b426e0b35791f31c6e

jinchuan0323@gmail.com.115163346192.GoogleMeet.MediaInformation_001.Preserved.zip:

SHA512-
87d2d440bcb40a9611c7450920bae27d7bf8b78a5c128cb29edc70df23a90b5a39318e97ee5109b9a
d65d571a6763d61f202e9eb37fea0152fcaf6b79d78f452

jinchuan0323@gmail.com.115163346192.GoogleMeet.MediaInformation_001.zip:

SHA512-
f91cff905084951bc9c11358237ac805ec6e1be881e3a0d8538cee5519de515a773e1b190bd036c0e
1e84d8fe6f7db2f66bd543144e11ec11afc1f516b34f67e

jinchuan0323@gmail.com.115163346192.GoogleMeet.MeetingHistory_001.zip:

SHA512-
c972ef228a3435d6eeffc168a2edabdde453b81aa4583af68d0652688c5b75663515be7c652ad200a
128bcb8287a32efae06b552fc8ab2a636ccfcb395c00a1e

jinchuan0323@gmail.com.115163346192.GoogleMeet.ParticipantsInformation_001.zip:

SHA512-
96e15772a4839af589060ea3ce4ee402d309ff7c6f1ec4230bc9c0e46614b43ccbe7faee1f25a8bbbf6
771046e27bf7e43c43779e7d2ed08ca6f55b88f6a4688

jinchuan0323@gmail.com.115163346192.GoogleMeet.UserSessions_001.Preserved.zip:

SHA512-
f5efff936f779bc351276b8626b4fe8c40ef43a780c3362bb365ea4dd07f2237cc682caa11a3a0bfdf6
157b093cfa09baf5a5a643c64176620f66fb7fa071714

jinchuan0323@gmail.com.115163346192.GoogleMeet.UserSessions_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
e3374e31e5ecacb33fe0c0809dc4c79543051d4e507aad17afd3d040b01aaacf353487acb77ec8c14a
5e3728e1a8b09a9c10d7e64f4c6a839b2856ef54ee52cc

jinchuan0323@gmail.com.115163346192.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
b93ad6a23112fca30d4686a5a567f3b23ba84d63f9d18d1f0fd52571b29ae29dabe9dbbc7372e3246
cae7ca48763b51d4858c0071ae1e17dd3c24cb318d0d5b8

jinchuan0323@gmail.com.115163346192.GooglePhotos.PrintSubscriptionAndOrdersResource_0
01.Preserved.zip:

SHA512-
50597c34ccc104ae299dfaf33f149e18f46802eb8e9d0cfe225f6268c22cdca156f2da4e0588e6fde6c
dacca2c5a36fca4a048675311635b2195c867b4c37ede

jinchuan0323@gmail.com.115163346192.GooglePhotos.PrintSubscriptionAndOrdersResource_0
01.zip:

SHA512-
7ebb691c9c2582cc7a87e5bce9689b33ff4729d035a6243cf3bd91d029feeb94c823825a430e86368
7a4d81d761f5588fc85145b827a1a770e707a1ba381e262

jinchuan0323@gmail.com.115163346192.GooglePlayStore.Devices_001.zip:

SHA512-
bbf39249784db47e5f1e7446a751cb2c162c2e372397c2cbef939c136ddfdac70e1242c5a3e1ae9b39
b9173940436cac04871c04be9489d149a39d896b8a452f

jinchuan0323@gmail.com.115163346192.GooglePlayStore.InstallHistory_001.zip:

SHA512-
fff1253ab787963bc8d72a1527f9ad9fbd269230928623ad336b1ee546b39bf0298315a1359c1daa3
24300fb7f87112a941d871be0e686218e6df93925c25fce

jinchuan0323@gmail.com.115163346192.GooglePlayStore.Installs_001.zip:

SHA512-
2fbeacd9a89d8bde327b8b15ca17c2ff8c4cd645d4bd310f628986a1e1f8771ab8bb79160a8ea84fa6
4bb868081e8e09b2580b1bdf3fd451f40d9738509a5833

jinchuan0323@gmail.com.115163346192.GooglePlayStore.IntegratedBilling_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

55d95d50619d8a79cae8ff7b1a59d856ec199ced60b4bc267e5da8bc941f8e58799f2ec26e56a8160
bf79ad7c07f2272c52485c3d31b0181ea3efee88879635b

jinchuan0323@gmail.com.115163346192.GooglePlayStore.Library_001.zip:

SHA512-
c5d5a68bf177366a0e6f6fbac82c2d6b698b1ef6dd13b98ebc87b432e553ab7f2f99104e6eaf749c96
46875a8bfd723ea59ea02d0a2f884dde4d538a06f6fb7d

jinchuan0323@gmail.com.115163346192.GooglePlayStore.Loyalty_001.zip:

SHA512-
ddbdf0911113a44da1686a5ae2456e674f7163313e9de1b78b1906b98035bba31d52ec9b48251f6c
79283243f304e26250243561c063483d3c9b9becaf95bc6c

jinchuan0323@gmail.com.115163346192.GooglePlayStore.OrderHistory_001.zip:

SHA512-
e65049eb9b24792a88e86ea57239b57e6c48999a4e26cd7ab03d9175a5b82fc3f8c1287cbb087ac0a
55c8435011ba1da8ea63de5896b542aae61609d120402aa

jinchuan0323@gmail.com.115163346192.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
923172987cfcdedfb3d1000809caedb700b55a522c4fb0ab614b71a99dcd6b0919c87585fb7808871
0b2e317dc36aaf3ae44ea81deffaaadd4bb5fa9549d5745

jinchuan0323@gmail.com.115163346192.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
a4f1267ea7c4e190ef86cbfb895c3651d4e17ebb50f49c44a76381618d38db6386d96f9d9891ae5d2
3c7af602e4cbf4c935aa887b0929cf8cbc6f88c7ca0abbf

jinchuan0323@gmail.com.115163346192.GooglePlayStore.RefundRecords_001.zip:

SHA512-
1ef6d8e41463620fd35262bc4a61ede365e99610f43558dfc217d913206e67395890547a379d2e47c
88a9c508773eda3bebe6db2d44161f5ef8e7fd2bb08fc36

jinchuan0323@gmail.com.115163346192.GooglePlayStore.Subscription_001.zip:

SHA512-
ef554dfbba6cd08d13e403b46ffcd0ec0833e9e5346626679875c7f032c967f6c7d38277b3a797a4c7
2bff6341588695900a96aea5881ef2fa280642919e7467

jinchuan0323@gmail.com.115163346192.GooglePlayStore.UserActivity_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
1d611610008324caa0df8fac54640391ece6eff61b586c0c50c9bf8396df2b56b67617646b36b9058e
9f67ba3dccaa0bc00e0bcea115ad4bf7c0cd90427af403

jinchuan0323@gmail.com.115163346192.GooglePlayStore.UserPreferences_001.zip:

SHA512-
f5e8635005db88ad22ccaf7f6d3f05fb4b79c1fc23921fa56d51db1c6d01856bdcfd2534b872ad7f17
2a96a02eb406202afc66091d160ff6923ba0f0c4817233

jinchuan0323@gmail.com.115163346192.GooglePlayStore.UserReviews_001.zip:

SHA512-
c618bf2e4ae11e612cec8e878f1c38dcc7531a6cfb9cae2c7b497c74b590cbdd1c84cdd20e97dddbba
ef55a23298bf194d16c675daf20259959361d3a549db3f

jinchuan0323@gmail.com.115163346192.Groups.GroupList_001.zip:

SHA512-
71ce5d887b5f3a1ab38da896f4e135bef4f9bbed772a169be2638cf7c0527916e045eab6a4f3255c97
9c3d17160e99af479df76174dee76159ccbf7c0b9795fa

jinchuan0323@gmail.com.115163346192.Keep.Content_001.zip:

SHA512-
50a2c148a5512007d4701b6caf395450d90c6b98609c006e5061612e056405452223148509aefbc2
1b63183618787d36e3e782b6f831a50153c2655e0e52e9f6

jinchuan0323@gmail.com.115163346192.Keep.Metadata_001.zip:

SHA512-
350f4d4922ec244264d4ee70b36104e9c9b3fb82f1adeb7a52f6945320cb02db54458d20c340a7cd0
a9347d32b6c094f95362f5fc3ecf5d4038cb99675b1340d

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).EncryptedBackups_001.zip:

SHA512-
12d13d80438da149374da208c8c03592a3d73dd272478ce8c0f41331a60ff1187d9c90fda865671bb
819b0f647a6fee9514ad155ccc356384524d02afea6450c

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).Records_001.zip:

SHA512-
10b9fbf24a59547075efd93d26bd80370187e2a965e6699dca97c700d27920a1b9fa24958524ef5b3
73a6ef0aaed982061126e672902697596d0f7992292a0a7



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).SemanticLocationHistory_0
01.zip:

SHA512-
cba2307182819a9b60e2e8da12b9793d1f3b3f187b7623a364d6f509ce3c585d4b82dcaad5653042f
63259a704118dac2cde043fb17cae8b12c4bd6d2f7e960f

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).Settings_001.zip:

SHA512-
4b957d521a0e8d943525e2e45273c2c659ded99200834a7c0ecf99cd1440c91207a8e81445d37929
4d1f1e3d8024dda7544d23f32a78be23b569640483e43ea7

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
ec8dfb60748c40acb45ed318ec98f4966e822a7190a3a5c46bbcb7307ba04b29c7013dd6b7bd646cf
6ac70862ed5ad2c6fe7fddaa8be666c9724a44602abd365

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
94644febe809e1ae3a51e969c694f4c5c6602f2957d0be06424d2751037042847d9b22830d03af8d4
b921f6c8313d296d43c3edb122e75b78d3f8beb6c853891

jinchuan0323@gmail.com.115163346192.LocationHistory(timeline).UserLocationProfile_001.zi
p:

SHA512-
b645fa09ba562c90216fcb7a7b887333ebd6bfed9e4429842cef13f4dc7ef38a94b361dda706090241
fe1a936f259cd7bf26f74420780af5988e24e1f99758a9

jinchuan0323@gmail.com.115163346192.Mail.MessageInformation_001.zip:

SHA512-
9bf5c75948c6ec8ffa6d65c5611b01b2ca388f62d37e3e7faa77f74c0ce3053d6e7cca2985af97e06e8
19df4b1c403f1361a03ea7996e4f94ffa2fedd063fb2e

jinchuan0323@gmail.com.115163346192.Mail.Messages_001.zip:

SHA512-
78533401e7062e6d4c61f7db08c180ce5eeaecccd83d8b1d15c15a5e6dae4b12b7fb3794134f94292
992a29ba490b926757f51d5e75ba499f6369e26f60159aa

jinchuan0323@gmail.com.115163346192.Mail.UserSettings_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
129ff64775e4dea6c7a0ee6a26bc1ef420a4aa58c23bca8607cc12cde1786f2e3d08eae60fdfbd3c481
351acce0572530fb0bc55f5836bd4f4d14e23c0b1ef72

jinchuan0323@gmail.com.115163346192.Maps.AliasedPlacesResource_001.zip:

SHA512-
70e610876f56cb365557edaeeef65db4351071f38fae615cfbd2ad80eb97faa20f3fc87d9e2ce0dff4b
04aea45e3d73774c7d51e197050a25943e3a77fd79a0f

jinchuan0323@gmail.com.115163346192.MyActivity.MyActivity_001.zip:

SHA512-
27414e16c653521079ae958e01add2389089022c8fde28efb29b2c03644b420881cced362352d82a
c25fa01671d29211453f8c490a555e825ddadac0b70229d3

jinchuan0323@gmail.com.115163346192.Preserved_001.AccessLogActivity.Activity_001.zip:

SHA512-
59d30bd86c38878eb06d9d5692a3fa4441739a28bbc9bb437e33da64b2b02eeb8db9a0436661fe61
7b3fa26158554600b428086a27161db99cd801a35126c6b8

jinchuan0323@gmail.com.115163346192.Preserved_001.AccessLogActivity.AggregatedActiviti
es_001.zip:

SHA512-
b0f9e486ff5b88a1fd922b8bb4c31e6ccdbae394784bf6b86d0ea1c4bf82b021775df0fcacab639c8bc
5537ef85fbf850d055eb11ce8c34268ed26009401a1f8

jinchuan0323@gmail.com.115163346192.Preserved_001.AccessLogActivity.Devices_001.zip:

SHA512-
9547cde832f49b5f84530fc49975b773aafa81343e8d37b28b2e44dbcc4d3e8bfd6f1554bac54926ba
4e40de7d94b33e4796668e69b53ae5337616ac7c6d0b87

jinchuan0323@gmail.com.115163346192.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
6c9851091485bc35dceca2e34bc01bf5dea9de104289be2940520bd6a3bcec6f31f2fe6c848f111f27
58b323a857671a23b797012675acbe1d173d13ffe7a194

jinchuan0323@gmail.com.115163346192.Preserved_001.Calendar.UserSettings_001.zip:

SHA512-
4833162bcc192e4b77bab0c00679d690cc6b1602a294a3d7cf3f423bf8b229f3922f44ab1b70ce54e



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

e9662b68a29dc014fb504b5ffa43e61bbe9b614c3325b5c

jinchuan0323@gmail.com.115163346192.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
3158775ae6c348a074585cbdb9617ef275af55dcde795cc1492afc689931de97629746a41998e30a8
ac55b45a605f86bdd22fecefce49316d74e9bef81fb67e3

jinchuan0323@gmail.com.115163346192.Preserved_001.GoogleAccount.ChangeHistory_001.zip:

SHA512-
c222f9e5ec834bec4aad092527b9be84f310ecf0957db59cd26de7ebde1717865af2f5cba7c39272db
4623fd36215cf395197fdb6ff9bacea9d365caf4d59a1f

jinchuan0323@gmail.com.115163346192.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
1e8ccb93002bddf052078958aaff2412539317c016a36a93dc16c829b9924f9a4486a222f1d64738d
cc37c17bf1791593bdfe2fbfa0d5e9d6f03d3f2a0a03727

jinchuan0323@gmail.com.115163346192.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
710b96cbd30b7eb6e08e85da886411eb705034a9d2f635e6f4b89709e3e9abebb12e01ddd90d252a
bc29b511723423926805c6b2a6a600a1922e0b793314fe1a

jinchuan0323@gmail.com.115163346192.Preserved_001.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
1759e953d31cb4adcc9d710a3ba150dfa75b399a1d858b4a3d0a8ee2ddcf04f631accadffbbc20b06d
ab683ebc54bffa4fa6e0ea2978d6d101aa504540982949

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).EncryptedBackups_001.zip:

SHA512-
5f23a3232099b6a496ec77c40689bd08cd77fb36a4666178799fcd401a0adf52711f68ea5e096712d
7cf81b92b3f6cf4082c286baaf97450526a4aae2b82c46e

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).Records_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

0692f25092748942832c3155d9c29171f0c1449a084d42f18af4fa43c66deaa5ae89ab03182c34105
53ae27fd883de2ab905fe5157936c6dbda719568db6471c

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).Records_00
1.zip:

SHA512-
a0488b35490c8013aa61859f3f27c7b15cd83cf040b990d7b34776774bd107f32f9daf3e726a6385f7
7a63a823e3b60daa32d384fb1e72cf7f734cae8e2f1429

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).SemanticLo
cationHistory_001.zip:

SHA512-
f986e6194dabfa0e97e179f8f2cc562c215299455de3496ebc00d8384a0c85aea998d0a35fdcab005f
53e2655646eccdffc8884028f434553125da45b449b913

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).Settings_00
1.zip:

SHA512-
cd3e210d56d9be93abb884ece2341b86f4605df36f31815c1689883d1ee2f35136bf982b912e7914a
dbdf736fc829c1184053a71c048e1499fd954365dde2ee9

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).TimelineEdi
ts_001.zip:

SHA512-
e25e6613931c32a35f843ae1ecb9cd96374f41083b29ee9c796be2149392ab54be12cce9f5d129a8b
2eaeb2c54b4e65150a2898240286c6677f518498e46f7f9

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).Tombstones
_001.zip:

SHA512-
f0c3cf259b82ed83fc658ac3fb2ff20867eb58766200ceea10da8df7d3c10f7341789acae287ac101c7
599ab5cd46059ca314ceff69d79faa9d2954abe68a8d4

jinchuan0323@gmail.com.115163346192.Preserved_001.LocationHistory(timeline).UserLocatio
nProfile_001.zip:

SHA512-
31f981d3175a306ad43427e18c395489587a1053a3f25bd41e99bd8bf6c16ab5d9242dff8f02dd800
5cd8316be6022b520d7276f74836cc7935888cbecf5d394

jinchuan0323@gmail.com.115163346192.Preserved_001.Mail.MessageInformation_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
cfd9d8b5df6a07eb218d0b25d839b5a0b9f52043c40686bacaa1f2a4f73ff732a759bca2cebeb25372
ab98964e52916ca3a1bdb95775bc556a1454c8564d7d26

jinchuan0323@gmail.com.115163346192.Preserved_001.Mail.Messages_001.zip:

SHA512-
554f0ec26ca0bc164398e79aa3f4d43d7acd0dccad98356e05d571c99fe46c59e356956e9c5199c5e4
27d13e8cc83ca1bf667e05aafe5a7e194567156322b96d

jinchuan0323@gmail.com.115163346192.Preserved_001.Mail.UserSettings_001.zip:

SHA512-
6f71b7f9e4a8010d22ebd3e2a3609ed0711492feb06ebd1c950248494a815cbcc3e856ebf5236ad5c
d2d0435cf88771d935fdbaf04903780d64a0eacfef264f6

jinchuan0323@gmail.com.115163346192.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
760fe8dd053a66e3555e252a98abafc201c6183e102502db9f6476213a6fe86b621627cd5bbdb9fc5
160bd22a596b462058b0a645e4b47274df9b63b329fce83

jinchuan0323@gmail.com.115163346192.Preserved_001.Voice.Communications_001.zip:

SHA512-
780d3bfe46ea00db9f7cb9277e1b6f26b49f40ffebcfe7d5e22f98782741ddf327ab7a27247b828889
43d4d35ef90fa2d93519f7b82e992139c9fd68eba5f227

jinchuan0323@gmail.com.115163346192.Preserved_001.Voice.SubscriberInformation_001.zip:

SHA512-
32d401b0fa1378cb15b053fe7ee3f1610752db3025109784faec948dc8ae4b2d012bc11418d738ab0
c32584afba9b415709ca9f8c161cffe22038d9ff3c8feb0

jinchuan0323@gmail.com.115163346192.Preserved_001.YoutubeAndYoutubeMusic.BasicSubs
criberInfo_001.zip:

SHA512-
5cb69a509a9bb55aa2e55991cb1c92c88511dfabcefdb6d9dfab06da484d15cafb61652023fa4cfb88
20b367a95e35b79474edc7ca1ef432e9908f76df6870c3

jinchuan0323@gmail.com.115163346192.Preserved_001.YoutubeAndYoutubeMusic.Subscriptio
ns_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

97f84f6224d6427686d5860fac9b8d58fa3518c697c26c0dc44c8dbd79fbac507bcd94e6f3817083d
322f52972acd466cd813ae9edb8b3869e50da2764e83c17

jinchuan0323@gmail.com.115163346192.Saved.SavedCollections_001.zip:

SHA512-
ac6c8b19d9defc85b62203ec7c49d4d57c9be7e7bd6952b4347d4cada6edc0fb91b394495ded0c265
91c1cf20759d8b0242a36bf6f3fc4ae430f4c5ad5e6b2a0

jinchuan0323@gmail.com.115163346192.Tasks.TaskList_001.zip:

SHA512-
715f03ef148658a4a5cb5214f1e6f102b36235b6fd882ac4c03db0ed6cd3387801d45b9e6df8af1761
a90b26bc870e5091709c7e9ffeebc231e13f20afa622d3

jinchuan0323@gmail.com.115163346192.Voice.Billing_001.Preserved.zip:

SHA512-
204a7da79b38a170a94e574311a1ca6beb090b073496937f53e316f197d30860bad321f87fd86035a
4dfa73c6a1c13b66d9a30152140cc3511ec6a6c059a9363

jinchuan0323@gmail.com.115163346192.Voice.Billing_001.zip:

SHA512-
d13acfbb1288a7f17cca2f6d8ba3153e960ab14c77181c0ea6bf186081aead09aaf626646126b600da
999fa4dba62cf9e24e7809eb859bf5693e5f56bb9c6b6b

jinchuan0323@gmail.com.115163346192.Voice.Communications_001.zip:

SHA512-
b33eee97aeecc4f75a3f615c5c1c401952db0aa18f16bf8d0bf91aa01ba45264d0d75eb9b8daa55ec1
6822727652b91c45709c71a62d824bdb5dd577601a7045

jinchuan0323@gmail.com.115163346192.Voice.ContactsMetadata_001.Preserved.zip:

SHA512-
2b9c00e5359b21e6781bff7e9b0f3bc499773ac0069a9ab0f456bc50eaf483053b39b173aa08a8192
7e88da0ed283825fcf3e6f3d46be43cc0c2492ed6c6c880

jinchuan0323@gmail.com.115163346192.Voice.ContactsMetadata_001.zip:

SHA512-
5f4a22a55ba89441e7321dcb56c9458f3a8954a1586e47743bce6507c1b2e407ad5134addcc12924e
92083ed75dd8a3fe00b106b1f9ae83019205de12547293a

jinchuan0323@gmail.com.115163346192.Voice.SubscriberInformation_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
5c0aa219992e3ad15d78f4809c29088ca1d4a5bd7d2077bdaa5ed93742df4c79b29de83b851adf315
d76173fb32049e3e7739816e6fb2d5806740425fa9a2ce4

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.
zip:

SHA512-
802ef7aca92cf5fd0f6061a2edaa1266c73900793a6a107b473aebbb6428b62e254b69ade0012f502b
ff271613d5b6ec263eb5e0470e9a3449a8cd5ccca16c05

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.ChannelMembershipsSetu
pFiles_001.Preserved.zip:

SHA512-
063913f1df402d06199524d456b2b81a4a198d236ac0e977c8da510159448685f3b40d77c56dd9f9
09d11432bd69bf949c93f8f4f51f5bdf6a492058a09fdaf2

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.ChannelMembershipsSetu
pFiles_001.zip:

SHA512-
363f42e77bef8c38ee34272ee357a49336a3dfdb806aa42bc56ff63806c19a9edccf8cd4ccf76fe258e
33d25784b12d05e3d8c48b67326f81406569052d83584

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Channels_001.Preserved.z
ip:

SHA512-
7ee388b39fd0d78e109a2af70c8fb118d6442184d6d3b00fa14d255278fe9e7627c8cf263023ae1044
2d0f6371019c54fa5479decfb850f100f350ae48e827d6

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Channels_001.zip:

SHA512-
1ed48b1e0a201ca76d6fbda9b8ea88d6f6b2c14b852a0fc606c163f506652ca4f93cc46953c8c2f471
a994b43d18fc8a4f3a80971aa428ad9f620f374306e119

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.CommentsMadeByUser_0
01.Preserved.zip:

SHA512-
ce32a044f32e5c12fb058a6b93c907d24e4224402c3e714e2d8bb3aa5ca58cb7655dd37e2b56872e9
342b94d45c4884e67d475f7d11821dff55687163e970289



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.CommentsMadeByUser_0
01.zip:

SHA512-
717bd1460afbc68ebc7e96040bfc319f1c4c145ef2afe8a422d0121f9381a80755fe7318fbed76eca0a
56bc172414ab62bc475759a018017e76dfd1b8bdade9a

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Playlists_001.Preserved.zi
p:

SHA512-
dbc62fd5eda58afa340bf3f2204e4c7c664ebfd4c2666a59397d953b118d5ffd9bcbbfc015b7507240
612e32e3774f5fec5107804ad9a4e32ae94e9bfceda564

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Playlists_001.zip:

SHA512-
9ca3ff29e0ad342093c92c4b9de05ed84a1c1e60b380cd85c66ef71d7f8ce95c27d640df8bfce5266d
4326e75b3efaf2c43f37569f6b0ecfc5a3e770af1491be

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Subscribers_001.Preserve
d.zip:

SHA512-
9db312b29de3e9cb5f912c1d6dfbf5af641923c6477f8eae1ff0c4a2c79c41e2bff2c532757ccc3ea9d
1a0b995cc6f00fa19dc4511490a53cb222444eb665129

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Subscribers_001.zip:

SHA512-
3353137e43507dcf13858709af532d35875e71d5a1dd69e0e8c8dcf7ffe92eb1bcc1d928c7185b37ce
3bfaa137ff9f8e0107de375ba9cad00dac5f8f27f73ee7

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Subscriptions_001.zip:

SHA512-
a542a70c4cb4224cbe5a48c1b3559d3ff2178edb757208d48554febc2cd5bef436f9f8be6d783bfb39
205d2a4e393405644b141e691538cc73b1468799a6ad94

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
d1ce57ef935156114d0d628cc6c155eb7ec2976bc5b714ad681f89e6c95922769fc038adaaecf8215f
37d7fc5f4836b2ac81f0f8a54577f217f165426ddb495d

jinchuan0323@gmail.com.115163346192.YoutubeAndYoutubeMusic.UserSettings_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
fc11c47f492a73fe195498fc0197e607ca748e5d21241b267620bc6b76e8001af1dbd77a4e317cf556
8c2e5076bc2865e88920ea2185e36ea312bb5ba90f7cbd

jinchuan0323@gmail.com.383998576366.GooglePay.BillingInformation_001.zip:

SHA512-
9be8a360dbdda0998a96ea362d79f6b620c2e7d428908d09971a96f0bf24c73654033a469dde60f75
09c892f85bb73cd43c759a0aaf7f603b409510570915c9d

jinchuan0323@gmail.com.383998576366.GooglePay.CustomerInformation_001.zip:

SHA512-
69dd09d26bc7b03555d15309e477c1e226f2fea63d0c4deffe9f5d8fb29c65bf25e31fc0aff48d2b566
9f4e6080e403db4c052bd18910a971649be726494e225

jinchuan0323@gmail.com.383998576366.GooglePay.InvoicesAndDocuments_001.zip:

SHA512-
c8b14f1b8e8eeca18dde0978e7960d1f152b8e4e31cfeff6bf4bb71c5130f2cc8ba1fb8088a1adbacffe
6018e10de2db1e779100ffca5092d4067abcaf8937b5

jinchuan0323@gmail.com.383998576366.GooglePay.InvoicingTransactionHistory_001.zip:

SHA512-
96510d95c2c2813bff926506a13d7492a064f13f45eac91136495af346c595a41acb95888f404c6ab5
ecb31e717333e0ccd6d91c44a1767c2fa5d5c935ce633f

jinchuan0323@gmail.com.383998576366.Preserved_001.GooglePay.BillingInformation_001.zip
:

SHA512-
b46807f285a8cf3e00956525ae48fe8ffac44f6d518f3b2ffd714f13c65bf68a378d4c8021730daeea5e
53ffa2cfbc32af2fdccfa0d4868b911f5fdb05646308

jinchuan0323@gmail.com.383998576366.Preserved_001.GooglePay.CustomerInformation_001.
zip:

SHA512-
b5de540724a5c840038b00fd32032acc8e10749e987253b16a10b473d815c7a5a8e6d3758b9d79ac
2293f2560a19963277eef0051ab7c5df53652e6283dabbcc

johnhohkcu@gmail.com.473612489716.AccessLogActivity.Activity_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

bd79c0fb86896f6e4def7e6aae1fff0296d44d75faa8b7e8d8d6a6fc43575e719ad961451ede1fd7563
47c8fff2bc1ed013894139ffa97a561726b7021b4031c

johnhohkcu@gmail.com.473612489716.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
7d0e9758deae99ea01540f103495e49e47335fe35bc1b68e4d22b822d4b3866ba55d400a7749fe29b
3817d3006a6d8d4d7333c949f153a3ad2a5cc25ca251cdc

johnhohkcu@gmail.com.473612489716.AccessLogActivity.Devices_001.zip:

SHA512-
793301b356d28ebfbfcf6f8ed442055ea3d1825102bebf23d4f04f4ab08cf9b39550aa0404e94fb1b2
dd995a7c819b29f6cbea4fbb0253763d7e84401cfc9140

johnhohkcu@gmail.com.473612489716.Calendar.Calendars_001.zip:

SHA512-
fcdffbc407f7dec6762d153b3854073295c3b739a76c6f2c445332bbbc6f8eba05b308da7c993fd6af
7e8d1c0ac219d013b15ab97e3b109599bfe754c817ac98

johnhohkcu@gmail.com.473612489716.Calendar.UserSettings_001.zip:

SHA512-
dfed4675f7674a95d39e6a1d4e33177a0443a65cb0c92e413c80c176ec762e707ad4dab63dac87c12
f9cece55f401f67dfc99af10cecf5fd5e1282ef7e99ac4d

johnhohkcu@gmail.com.473612489716.Chrome.AddressesAndMore_001.zip:

SHA512-
f15569ffc39f1fe2dfe3bb83416c4fe5bf5f21b8c5b58183067e308411e6de1a756ab094456849e28e4
f6aa19afdf6c742d6a7e13e60bac311e49d78ac7eeb80

johnhohkcu@gmail.com.473612489716.Chrome.Bookmarks_001.zip:

SHA512-
ac887e5d56e07e348dd82c82d9619cbeb7f21e588cdb6a938517b5d36b244ca387171a3b8159e2ad
1fea245545ebaeaadc986c486264ad8a2f463b85db3b7848

johnhohkcu@gmail.com.473612489716.Contacts.Contacts_001.Preserved.zip:

SHA512-
ffc8f2c6c0ad5157b7b22574dbea7995e83a654ee3514f1b8d1aa9c3362c98b34b1354339902ce5a7
b8461ea33e2be53f22ecc2290ee9a49173a83ec65c61cfb

johnhohkcu@gmail.com.473612489716.Contacts.Contacts_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
965589e8fd51845dc582dac4e807db7dad4a98fc56e3deeb7f58d1bd109598b2b608fd8017026e153
9c52c61056982034654aeaf9dbd8c5c06c00a1fc7661e10

johnhohkcu@gmail.com.473612489716.Drive.DriveFiles_001.zip:

SHA512-
9fd5b6a27366442f814a3939563fcf08268d4c5eba6e18877efc9312e3f38f2251f8285bdb003f5076
7d220cf7d36fc129fdc2f1f59d8b5ca7c5fb583f19edbd

johnhohkcu@gmail.com.473612489716.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives
)_001.Preserved.zip:

SHA512-
a4d63775a0ae3a200d1b20addacb448e647be8a215b1cf9ed1020ffa4aa723e13bf27f969c2a48d580
a95a895ef6ad0d0563620f1eeab13accdba56bb1675206

johnhohkcu@gmail.com.473612489716.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDrives
)_001.zip:

SHA512-
610d3d3210b3cb1e6294cb15435bbe765145375138b5cf081f7470b4e7bbcb0b42494f0cc4abb37e
d4acf2aa91e20ae586bc2bcc3ce8b8629e32034a778a681f

johnhohkcu@gmail.com.473612489716.DriveMobileBackups.Backup_001.Preserved.zip:

SHA512-
20175d6f2ed64fe8d602d2b6f3196afd717d34b6fa05d5b3a94180e98b1ec6dc97b062e99aa2483c2
2d1ac1111eb50c8f4c5b58df2bf23228319c31972c3e4f8

johnhohkcu@gmail.com.473612489716.DriveMobileBackups.Backup_001.zip:

SHA512-
dac2eaa7df58422c4f29cb219ace12c56073a12f286b464d8a4e645f739b9dbd5dd043a9d5af3e7735
709b4cd37958b1a8a09336cf546f1fe4ff2ce897693c98

johnhohkcu@gmail.com.473612489716.Duo.Blocked.reportedUsers_001.zip:

SHA512-
0bf01e6fb0cfcedffc6f98497f0129ce025a2b1f8a6c1d633e40f3319e21733a03a1797168f624250cb
a68d37def529b0125411dc863ceea993535d863f01423

johnhohkcu@gmail.com.473612489716.Duo.ContactInfo_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

fdd363f215e5fd624d564e775a1300d4284fbdaa7bc20d67f9682a595bda76b17d6429bd165089a94
5e2d55564051f4aa8ff7662abc5165fed1934a67d8f9a2b

johnhohkcu@gmail.com.473612489716.Duo.DuoActivity_001.zip:

SHA512-
3fd31e8f8aad3e580223063488ca95fc9c0c95544d90a8f1237b32c6efe30cd98583dd2a69cff598f27
d2129a4363cd0cef3385a63ffc91910f55b634ccdb717

johnhohkcu@gmail.com.473612489716.Duo.DuoCustomerInfo_001.zip:

SHA512-
5e8069343e3f441f7de7633125750328ca96d1e61ebe3d341640fc5e94cffd9f0884c5e5e0089d98e9
1aa1f2b059df2b93c6c1ef9e1c1e7048c5ff5915c97d6d

johnhohkcu@gmail.com.473612489716.Duo.Groups_001.zip:

SHA512-
c0db2b2d0b925e65459b58231b4278382ac0042f99c4c5116c4fa1588612402ba3e47c07c9359507
ea462a1ae408297cfb90f8f012eddb7da9fa879ab8450357

johnhohkcu@gmail.com.473612489716.GoogleAccount.ChangeHistory_001.zip:

SHA512-
07cf00d8f51de8cfab52f3b3fb59700f94ad4c667b4861504b47b003e0e46f6027f4d170cf67af97812
64ecbaeaffb60bd3b8531c9eab41b0f7ce0439edb5440

johnhohkcu@gmail.com.473612489716.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
4e35b86831743ceb635f983836e48309b9b5b761a92bc75c384b6db8140f97f15ace8c358e494896
55424a9be6710f8cc81012b71dc898f92561087018179d7d

johnhohkcu@gmail.com.473612489716.GoogleAccountTargetAssociation.LinkedByCookies_00
1.zip:

SHA512-
ef47849720001e6f9876fc0fcf255c8804f4e6ff7dc5b49f8b731a43dfb3d4631c8ae85b396d73981f2
39a4e46a8550d0d4674039f968584f2078fbe34e3a253

johnhohkcu@gmail.com.473612489716.GoogleAccountTargetAssociation.LinkedByPhone_001.
zip:

SHA512-
6f7080cfc26ff96baecb8d86e16991e5365477ada795c68024532866ddee49353fefb77056dffab74d
0e99eb6f7f59ef915b131819b17bc7432f6db96102d3eb



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

johnnohohkcu@gmail.com.473612489716.GoogleAccountTargetAssociation.LinkedBySecondaryEmail_001.zip:

SHA512-
9d8e5908ddb9702762f916d6c1ff58fdef9931ae1eb4b2228e4821b46047209b5339f736f19613518
6f14e4f93e6297157541d5c184c55c742efd7f99072f4a7

johnnohohkcu@gmail.com.473612489716.GoogleAccountTargetAssociation.LinkedByTermsOfServiceIp_001.zip:

SHA512-
92272987898b1d059dcec0f25abdf238ae95c80a1592924faafa6a27c58e44a399342f97c6203ae972
378e81a90af79063a2f2dd558d28793d5ba1043ddc3849

johnnohohkcu@gmail.com.473612489716.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-
88018abe4e9bfd96ea3186c137de22086722455ce02cb4127921bb2d02cbbb47eb2419592875e1f8
2f02547b57645584f9416e547698fa6dc0b5354a245fc6a6

johnnohohkcu@gmail.com.473612489716.GoogleChat.GroupInfo_001.zip:

SHA512-
172e37438ac538caf77f9f643b26e6a12abb3073044604bcfa60e13fc567fed05ff7b2b9809b28e708
8b5176c2e6bbb0855b68c6b49bc386d105e9ac877fb32c

johnnohohkcu@gmail.com.473612489716.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
64ceae3f0f4436bb728766e6269bb39981786c5804bd2d6f629d2827c1b134dfeed0915ed5dc095d1
a996b99d7248ba1b395952e67337e1b534896debbc02100

johnnohohkcu@gmail.com.473612489716.GoogleChat.GroupTasks_001.zip:

SHA512-
fa560844b93d9b617a8881a188b11cadc6db851fac4aaab7ab533562653ea9aa418086936daec6bc1
9835dfd5ecbabfe32946999c1faaa4f9c623e1bf52770ad

johnnohohkcu@gmail.com.473612489716.GoogleChat.Messages_001.Preserved.zip:

SHA512-
55de49c49914708d84873bcab8240319aecb5217a13360bd3f7809c1ead4fc36b9a8c6a058a402a81
fd3f762cc72b7afd7477d180b3bc6ac69362c91bb832ca9

johnnohohkcu@gmail.com.473612489716.GoogleChat.Messages_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
f01a1f8f8dbd39ce2b7bea1f6cdd2d5bee28a9ea88c5fb50ecae2310b9ec0a732df3c417d6b6d8a129
1fc1f4181d0ba803b92f5536991a5c091714757669a69a

johnnhohkcu@gmail.com.473612489716.GoogleChat.UserInfo_001.zip:

SHA512-
e232906b726a201d03fb296d3eb15b5f5039e6633bde92138eeceed6e78e2a43a55734f840dca261d
41ead9418d082eada29c5e16623f3e09dbbcab4681f9a02

johnnhohkcu@gmail.com.473612489716.GoogleFiWireless.Billing_001.zip:

SHA512-
cedbb0fb753bbd781174ab063e5074197caaa411a269d44d71d0bd53d859600b75c791891d17d849
f86a9272efc660e0b1a34ff363c7e5f90803b2d7b81f3351

johnnhohkcu@gmail.com.473612489716.GoogleFiWireless.Messages_001.zip:

SHA512-
7967aca11f982d8b47c29fb28c203cd8e87b7c4a7a9e63f247d4a9dd743d1cd7a3870723115f0919b
2681c640185871a7597b69d76b163d270450defdc929689

johnnhohkcu@gmail.com.473612489716.GoogleFiWireless.UserInfo_001.zip:

SHA512-
d19505a621fd8f8b6240d1425610dc10b3b04eaa4ad3562c708f9ac1613d6659664aa69fdf89d37fc
5d3611326cd83858337700b3a52dcb741c562c37d9a39f3

johnnhohkcu@gmail.com.473612489716.GoogleFiWireless.Voicemails&Greetings_001.zip:

SHA512-
9a89b1bc7b3a9a90ca77ff4322565b40566f3fd431f6a3a7c314880a92f3b9e8e6a1a90210eba9dd02
6c11a3650256c8958951c80c382dd685c19e4f98982527

johnnhohkcu@gmail.com.473612489716.GoogleMeet.ConferenceInformation_001.zip:

SHA512-
947521b6aff768ec9634a7e5d2b761f3039fa7814b38b106f662c435e874d3a66393cf946e0ebad4f4
0b6ba225681d20569c7fb5ff485dfd534ef76ab92d8ff8

johnnhohkcu@gmail.com.473612489716.GoogleMeet.MediaInformation_001.Preserved.zip:

SHA512-
072703eae3ec06a3c82463038dbf5f866d464a643d3092179465efca88d6a2243190b509aa535e346
21c116d72526075ceb1541f4ed8342d6bc7bbcf820762fa

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

johnhohkcu@gmail.com.473612489716.GoogleMeet.MediaInformation_001.zip:

SHA512-
1f561c5153743044acb7816a26a564854d5f380e866c8c54d81a33bfa7bf36107096be6fe06b1c614
2cd1578b2a3b0a633ef7656e4d8e5576845d63d9c45bca2

johnhohkcu@gmail.com.473612489716.GoogleMeet.MeetingHistory_001.zip:

SHA512-
3efedeb89bd2cc6a48c4df0a017160a840dd314e6ea3f1ef14e26f7a86231a49981b5dbe41d68c21c5
73830ee465d44718edd1a725d158518e34bacb77892ce5

johnhohkcu@gmail.com.473612489716.GoogleMeet.ParticipantsInformation_001.zip:

SHA512-
3005fb4b551aae9027a010ef93e4f47c403a8a459bf77f4291cf0b0f78323ce372c78d741778e427f2
5895f292dbbff79c0a70428f4b89d362e587915a906e42

johnhohkcu@gmail.com.473612489716.GoogleMeet.UserSessions_001.Preserved.zip:

SHA512-
a9551356bba9735bf243009677213b5943b14d3198abc5abb3d0950b9dbb3d6672a9ff91a04ac7ad
c1bafa96bcc0b818c49dfc2ac26227cccdf10c6409271e1e

johnhohkcu@gmail.com.473612489716.GoogleMeet.UserSessions_001.zip:

SHA512-
bc1ab50ab144df8f6b59ce66894baa6e7aec7ec647e9772d9bfeff198e2a1cdf40ecd81397138b4732
2a5bb9e150e5d4896e2063f6ed8ee50d168d24fdadc8b3

johnhohkcu@gmail.com.473612489716.GooglePhotos.PhotoResourceLegal_001.Preserved.zip:

SHA512-
2502546266ad378f0682f49dff0b1225966660cda5bb8398323829f3fa5b7b9e581954ceb5e2b5ca8
5b507f0384cf133e761144664bd7b9230dcf830764ab1e2

johnhohkcu@gmail.com.473612489716.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
9d1a569706c70da69974601c6d16c1afe7bb3d6bc5d78cad0e6f3d275433b008c67fdf7d138b468c7
115846d29f8b00a26ad900d5af8e40874f2bd48e1c83a45

johnhohkcu@gmail.com.473612489716.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.Preserved.zip:



SHA512-
6e730d083f447320e89ef24eee9cb4781f06cf3216e61910622f9d4202dc2c503b06c250e737354c7
a2dedfb77eb9f4ad116a07ce065e7275c313c6c65a30793

johnnhohkcu@gmail.com.473612489716.GooglePhotos.PrintSubscriptionAndOrdersResource_00
1.zip:

SHA512-
e8459cac5f287de94e11ff8928ee542cc2b119f85d4629761124f94d00ad3fc7b10472b7c3c54fe3db
23a5f6130ec1ecd9257953324d14140a16799a898c735e

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.Devices_001.zip:

SHA512-
78a4c982bb20fe1fc6a6b258cb164d163ec901b057b61b45e5a3bff11b63b9bcd4caae104ce6bc577
715deb27120e64392f3052e63867ed0e71b49bc97c7f133

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.InstallHistory_001.zip:

SHA512-
9af841102fcd261093b6dfec32adaef5a3b5d51f45591ebb66ab628a30735f557aff8eb2174ce63dc36
d588e6a2fd2e1999af3ada33bf36c69b5d06dbf073b62

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.Installs_001.zip:

SHA512-
2f0772719319e4c024193a88c5411807b3b37ef7420f952931cd53d28864817c1660a85c7b081686
637f6e19bd3f01172d060d317575036e6e2849c987b7674b

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.IntegratedBilling_001.zip:

SHA512-
310d3d1e4fb91ed2ca58c314f688b9f0cb575e37a8fd08eb8050202820c24c5f5ce2cf80672cbdaa99
0f93ec2ada34a575d61a338c2a3eab94594147ae73be7c

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.Library_001.zip:

SHA512-
98134804414888ef8ff7378a2462a9b530995124f0ae1e6c407f1e727b26d43eb1b7b3e36a112efd0
2c0e9c8baa5120cc24d32d2451242cb1c01748032de0ffe

johnnhohkcu@gmail.com.473612489716.GooglePlayStore.Loyalty_001.zip:

SHA512-
02a393637579227f0bf81fff68ee999f6bef2d5307190eee5cac7df80c16554f02ee935e01969876b1c
8134843098802cb619c4ae169a08f1c8eed21db91ff2a

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

johnhohkcu@gmail.com.473612489716.GooglePlayStore.OrderHistory_001.zip:

SHA512-
fdb2c517d106aac6f4932fa12831553000abab211084276f2e5b64f55a524b186b5622c4f7204c7a8
9f7b62070de6bdfb173cbc8b8959c163475b57292c9d2aa

johnhohkcu@gmail.com.473612489716.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
ff004842bb2e7145fd4d6b45da8de17430cd322693ec48ce04adb501bd15a8315a629e3f5973ff902
d5859d8fa6341694f84d36e15e548d38230350e38bb74cd

johnhohkcu@gmail.com.473612489716.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
eba8873a278287a5fa4d9e1260d1a9733f84189b918ddaa990b2f8c0dbd3160a94c12ec1740fbdbbf
626690bddc0acfee97ee12f4b7c4f6b546ac7f0918dbe87

johnhohkcu@gmail.com.473612489716.GooglePlayStore.RefundRecords_001.zip:

SHA512-
d56afcd4ba9b4a679c97a6f653b344d5b5d0e9210d5668312e69e2d4a6fc0217ceceef36321072b06
b507e254bfe3499fdf38c051089133779fe84bc46381b97

johnhohkcu@gmail.com.473612489716.GooglePlayStore.Subscription_001.zip:

SHA512-
e6394311f7dfdcc7e301437222ef08f6cb678041641dc726af221012663b213e678b50fa85d983b2f1
b2d1e3958eaa076ffbb0cb459268bafe5943870b02d8b0

johnhohkcu@gmail.com.473612489716.GooglePlayStore.UserActivity_001.zip:

SHA512-
76af365495a22b6b9bde289c82f5c15821ae7222ac0c92df63e0079667d2fbab771deb26ca072ccc8
b48fc3527a903004fed64d25d8226f646749c321d9a640e

johnhohkcu@gmail.com.473612489716.GooglePlayStore.UserPreferences_001.zip:

SHA512-
abfdecdc6caf4f647660ecbf2192f74bf652812d0c17872078f9dec197bb67057bfd7989919e374592
612602e6ff927e2dad5458957f199c4caaff09922ed04b

johnhohkcu@gmail.com.473612489716.GooglePlayStore.UserReviews_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

87bfe2d01ab0bf3bf95ecaa937dcda75adbb5c728a10f1b446af9670461ae12795890a58c6b23355bc
fc56922623741d18d0c89b36a16889b52ae842bb015cdc

johnhohkcu@gmail.com.473612489716.Groups.GroupList_001.zip:

SHA512-
3ca6aa1b98436d549d22e4f164f239dbf1b71f0b3cf513c129870faa24e95f617b38dbd540425ab37a
7c58d38462ee7a3ad5753011d5e7440edfa863538a4f28

johnhohkcu@gmail.com.473612489716.Keep.Content_001.zip:

SHA512-
5e2f8aa6116507a1298dcb2ce9c82033f55bc1999d1b861946f2f89c24b56ffafb6d48ff0542206638
014e9ad3ad9de89294b7c8ffbebca0a9de25ad4bcc2825

johnhohkcu@gmail.com.473612489716.Keep.Metadata_001.zip:

SHA512-
96b28c7ca86e5a290759c03df7a41052392997d9cff79c06c25788895695db5a84be59dacaa4f59ed
01572ab5fbab8277cee39e8828c02405e1f04e96e018bf8

johnhohkcu@gmail.com.473612489716.LocationHistory(timeline).EncryptedBackups_001.zip:

SHA512-
5e2ac8038323342f26f1e120acd28c29b08d77acf27029de5ccb00cb8f7d0f32c74b710edd9362ba87
d8b5dfcd03fbf8f805105683f6f87791f5592920503eb7

johnhohkcu@gmail.com.473612489716.LocationHistory(timeline).Records_001.zip:

SHA512-
5e2707650b955eb7569ec1d964c93c20bf096035ca5ea41596886fc97a46170a1cfb2e96ffd7d3be59
188f50c56888a19729c5c037cbfe34ab565efdc561f127

johnhohkcu@gmail.com.473612489716.LocationHistory(timeline).SemanticLocationHistory_00
1.zip:

SHA512-
e352f6f0364bd37d301ef4420101586c5f55372cb78cf7a7a1943fc6ea073c70989bf0fd1dc4c722d6
d41206a2b52e3fe9df1f5f6faa73884f2c1a55d7f1f5c5

johnhohkcu@gmail.com.473612489716.LocationHistory(timeline).Settings_001.zip:

SHA512-
e821975bd3694e50f19efbaa277fb18c29366c6ec207840bf28fcbb5acb0d9abdd1698512e83c072d
95c32c7eda28085ba147b4354c7fccc980cfec0e24e5ba6



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

johnhohhkcu@gmail.com.473612489716.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
2ef80937a318e4cfb4f44e3983fe5a254c168c211807dc109028b4c39968ba643061dc87eb34d6da1
d42a1dda7ff5246fb0a359f34f077f8f90da1f85e0d94d4

johnhohhkcu@gmail.com.473612489716.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
eb3347d1e58f5518e19fff77c1ec2b3ca815c090aacb9c473f077a767cc6e5d54d89e2bb9d8937ce8e
f253fa4b7581ca8b35c3256703132957bd15dda1e64f74

johnhohhkcu@gmail.com.473612489716.LocationHistory(timeline).UserLocationProfile_001.zip:

SHA512-
0ad5c13de0d56f24cb63d5ba4a512579beaf227e5dadfcc5a0f502eb21784e979a3da17462a2cff76e
b2bd0a25dcee71d4338bb19033e74372b2e01ab9539dd1

johnhohhkcu@gmail.com.473612489716.Mail.MessageInformation_001.zip:

SHA512-
0289155f9bbc1c22ac677db9f5eeee811c4e30c392905b6cd510338381409722b128b48715035e2f9
d27b3abbc6632d3b5887f93917dd58d6f95fe849838716f

johnhohhkcu@gmail.com.473612489716.Mail.Messages_001.zip:

SHA512-
dcb70c5fc1939f9db1fd68ca61728a685e455891b5d22f79c1a1874e26bb5ea3896cf7c25bdc7fd7fe
8ef2612d7bb4000b03771f0dff029cd6bc7ea00dc1f82e9

johnhohhkcu@gmail.com.473612489716.Mail.UserSettings_001.zip:

SHA512-
b9a49d54422fc7caa3647a016c902d5b0d76c9f714d22f86a5e426950bb0f0fb96927ba194d1cb962
a1c0ae07d190fb34071eb463d68a371f27d97179a99c18f

johnhohhkcu@gmail.com.473612489716.Maps.AliasedPlacesResource_001.zip:

SHA512-
f3b13e1997719596b08196324f8b5cadebe55419dae0f6f47c23931fc8a8e057861832c0fc918bb210
5390ab9d2742738bc34327a8c10ded9f31df63be1cd493

johnhohhkcu@gmail.com.473612489716.MyActivity.MyActivity_001.zip:

SHA512-
3c38f3468f218515cfc1d3dedb6d62a597ef8351fdc86f5697254851d5741efcb0d7b6845d0d54899



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

6f7c7191f9bfe7ccb07dc71c2ca7e51a3bd79d943774f06

johnhohkcu@gmail.com.473612489716.Preserved_001.AccessLogActivity.Activity_001.zip:

SHA512-
10abca993035c8334e1fdd993ce22ac796016a3816febe48aac7ed602982e1263f9fe05b27d6fd0602
2230cc9a0c225daf57f6dff9dd38ff836bbdbf09770495

johnhohkcu@gmail.com.473612489716.Preserved_001.AccessLogActivity.AggregatedActivities
_001.zip:

SHA512-
18d8ccc8f4fe62ae2ad81687fdbd9b9be860cfd01aefa6eaa9b278195d7b1d361507c333d20ba8fd97
195581329ed04557a3ec0fcc27b77db0b3ad972f1df096

johnhohkcu@gmail.com.473612489716.Preserved_001.AccessLogActivity.Devices_001.zip:

SHA512-
e1f99c47fb4f3dea156d88476ac0b5a181ccfcdee9c5007d1b62a43c023691c46a40d15ad77cea6eec
81890230159f7d04279a12ac32bd7b0333a0e32c80b2dc

johnhohkcu@gmail.com.473612489716.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
d7993cf06feb5cec84ee2fcbb7147b378c1c6cd37d08a54ab90656b85124425607a0e293392d0498e
57e76cf57925782a42e3d6a5f5478611d5627f148a690b9

johnhohkcu@gmail.com.473612489716.Preserved_001.Calendar.UserSettings_001.zip:

SHA512-
1e5da46cd2d835a716a84991e126dbb8109cc69b01006ba7dce474ef3ece9486c5accc9ced414766a
f89675bc13f6f7aa4bd55157d5977ed4d8aad4ddf08ca49

johnhohkcu@gmail.com.473612489716.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
01bdd1f831605a3329f528269776f8f2b2e819fad1b885505ea74c7c2d67bc2f7809f0739186d428e
4c25539f431dc9a722f9149e2da99ba3a8fe01b2fd8ee4a

johnhohkcu@gmail.com.473612489716.Preserved_001.GoogleAccount.ChangeHistory_001.zip:

SHA512-
9cdc7e2325e369492b8f4e00c50ae20890badbd8a0d51b4a40befba91e38e72e023301e663b6821e7
4ee949b744b5c2db92e64ae017352fe0ba861be58621285

johnhohkcu@gmail.com.473612489716.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
1821b8dcbbf00b433e5164a759569e1180d19d611680e57b300a79269af1de2437d10b6e69f76dc1
7cdf0db65e36253d51e4334bce3163f1df702139a2acf28e

johnnohkcu@gmail.com.473612489716.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
2acdc7dc0b5e3684c72277058b01b663fbbd55c471eafa28ee1557e47915cdfce845604b533811049
d494d29daf336112fba88c99e0644c34df9e3738aa26113

johnnohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).EncryptedBac
kups_001.zip:

SHA512-
030bebeebd67053dfb1120b50a38cc733e2391048aceb8ef040ac7fc1bb27da8541a06bb489a542ca
3bba8d33aaa519e164413abade5c28a55033013a8e18135

johnnohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).Records_001.
zip:

SHA512-
8d9a845efe2d2026ca6e57c5271b6315bfd3627bea4a50bcad38319d3f76a552eb1ea9cb5372e69ea
1798d4001638c2f1d76819cb055d1f764cd7300801890a0

johnnohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).SemanticLoca
tionHistory_001.zip:

SHA512-
7d885786857596dd2bbf2150833d06b521eb6a296662e10ce5d5cd46d6242b4d8bd8d3172c309f5
821be43c9dca7d01094b037b1264b80fede7f351934da4378

johnnohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).Settings_001.z
ip:

SHA512-
ff08b1b6cef63b6b6cec516ab15c53b6b4cc0ad0c091e3a46f8135abbfc49547fa60d7aac4b3ba7dab
0f05d33dbb32bd4ebb8f1cc4d7242abe31c69db18a0874

johnnohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).TimelineEdits
_001.zip:

SHA512-
32ee04128ed0d31973df1f697733236b8de7ab569239cfe262fc1cf07beee802659fdfedcf7ec9f8443
16094f8101e83e043d76ad4f3c27422553d48fdb23f06



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

johnnhohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
8b9e337b287bcf1b0606ae7ee84448699b3df30686e41057f456c68b068a8c602ef1f153b1465db0a
c70ac9b5428e080695cc2dbb64941a767c35968be60e971

johnnhohkcu@gmail.com.473612489716.Preserved_001.LocationHistory(timeline).UserLocation
Profile_001.zip:

SHA512-
10cb03b50dd7ffe7773d3e89f015378b9ec760b0f1f023caa5b034334b08ebcd4f755e2cbdd2109d2
3c21e5d7764b957ed5900ffe0e5edb0de6d25c5d862be44

johnnhohkcu@gmail.com.473612489716.Preserved_001.Mail.MessageInformation_001.zip:

SHA512-
8095930a4de5dfcd9a2580a8a686d9d9d1da524bb728fb307ac057953bc0a619b8bee745ffa2004e7
d7301807fd71c022352757bd9fc5ab558aa8d321fbe3ac9

johnnhohkcu@gmail.com.473612489716.Preserved_001.Mail.Messages_001.zip:

SHA512-
b80c36c53295278e6d342c8b9fe4c2a6e92614137caa066754aa5a42015983d937e2ea1e2a411a588
7563a2dc1cb80f7fa7a5d27619ac63daba9de3a53c99965

johnnhohkcu@gmail.com.473612489716.Preserved_001.Mail.UserSettings_001.zip:

SHA512-
d2696b74e3a333d3322bee1b8344fd0efc60955c4d3d9e11ea028eea7e9cd1ba7cdc3d37cf2af89ba9
ee3e8ed7e52e30392f3a7c78c699a6d922678a884efd1a

johnnhohkcu@gmail.com.473612489716.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
5da37eb5705c050aac8d325d24186f7814d84b5ffb57cd6d0cb7ba9eb0b84a47bc23b284df0135614
d170c72e036812f4d2e6a4de106ddc62bac9ec5ac297f70

johnnhohkcu@gmail.com.473612489716.Preserved_001.Voice.Communications_001.zip:

SHA512-
5d57692f14a8da6b99f773cd5ee7060c9778288cf076abdaeeb5aaec740fb80a4520948186a8731ae0
27d15495196e667c746fb4f64e1e3d4759fa9ef408cd38

johnnhohkcu@gmail.com.473612489716.Preserved_001.Voice.SubscriberInformation_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
d69d538fb1a826f41b439bc0baf7f42a7386629e8834d518befe2f26d275f5424ccc655ae22ccf1b8d
a93a0f4c286e25076c6f8d8c3847c9cf83496b8409a6aa

johnhohkcu@gmail.com.473612489716.Preserved_001.YoutubeAndYoutubeMusic.BasicSubscri
berInfo_001.zip:

SHA512-
81f27078ca27c3eca7654a3f22f3594b73d727045a2e1e95120d3f2dcb24626c523e0b33fc405a707
37760b7f569015dfc02e11a233024c0b7e092bab5ab6f04

johnhohkcu@gmail.com.473612489716.Preserved_001.YoutubeAndYoutubeMusic.Subscription
s_001.zip:

SHA512-
e6f09668ead91085ae35eb68d13aaf73518eb67ef587ac0de160df69c5eba91c619cf3004a16f76144
8083f6d490aa4a62934cc3178325595cf68fc2fa63322b

johnhohkcu@gmail.com.473612489716.Saved.SavedCollections_001.zip:

SHA512-
b39c33b8c6cc2e8e3fdb654c123b3d35a5096cfee2d6f068980fe8354215e98f163f9c902985051f28
8811340a4e4b2c83eb13385b0d154954726be9e8b75e1ef

johnhohkcu@gmail.com.473612489716.Tasks.TaskList_001.zip:

SHA512-
c9630be2c8c2ba4a80d7c27e2302c072e5ad2da58051186fcc08d290ca2bda8767271eebf449494d0
74f25ff1863047bba7398f42169cf9afa6b46198ed53bea

johnhohkcu@gmail.com.473612489716.Voice.Billing_001.Preserved.zip:

SHA512-
deee3d4103d6858e372f142465389c336487c295480a3ca95b38c9241813023b7e5f4dbff5cd353ca
689be992c3227a1998763d1437a7773fae3efae70526ac4

johnhohkcu@gmail.com.473612489716.Voice.Billing_001.zip:

SHA512-
03a2fad53461d7c6ae9f39fb69ce93e6488f91b231020bfb56795aa0f3b32131de8e50fcaa3fb87e5d5
93b9b609532a36fb5913a295b7c37e503765da42ad11e

johnhohkcu@gmail.com.473612489716.Voice.Communications_001.zip:

SHA512-
90a0ec8628f4732ce9ebffe80260abb9ba9a794253e0f60ede96102ff4572deaa52cdf193f1570ac241



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

4cc10e29c8142abf80754166af4f21d52c30ca7927b1e

johnhohkcu@gmail.com.473612489716.Voice.ContactsMetadata_001.Preserved.zip:

SHA512-
62e4824f953d80b5ce3ef5845af2e1219cccf631df2c2000ea33224e012164ef35e9a0387cc189ceab
2814093e7dbbd515bf410cb33268e661dd5bc4c52604c1

johnhohkcu@gmail.com.473612489716.Voice.ContactsMetadata_001.zip:

SHA512-
b9849fecd20b9721675828b259c3300ca2f03c946728b9759bf027700c2da9e4507496f9cc3574d8b
1b6ba05169c3f3325ba9ccbfde2c0f78b48fcea79dbaa94

johnhohkcu@gmail.com.473612489716.Voice.SubscriberInformation_001.zip:

SHA512-
40e1bf84c3abd1cab0d45fcb8ccc38253aa75fc4e38a16b142b58f6f5791b6bf97e4366cbf9ad59a00
89d5c5756b2eb051fbf94109a2e4ff8591e0a664631978

johnhohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zi
p:

SHA512-
bf4667359e5d1ec823be30209d61214a5440fd638f1aca702f5e198d46ebeafe0cfa54781989cd0655
04ee0d01f44d159c111040ecd869a8c7091965114efba4

johnhohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.ChannelMembershipsSetup
Files_001.Preserved.zip:

SHA512-
96a7443ebd8d0eb6d9f15f21791cb3b2dc179d891a5118f2fe8b54cb889abeef881d18047a1c770e8
d6604f5f7646aea799a07784c1f8884830fb9a1b3f36e22

johnhohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.ChannelMembershipsSetup
Files_001.zip:

SHA512-
d008851e9c64f13425ddc8e08945198d4a99619139e5c8c556afc774c05931855349a6a9c6192761
2b8cfe28007a2ab102af852031fafe070f06919643d7c957

johnhohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Channels_001.001.zip:

SHA512-
925b26292bd822ef894d4b5228c467421b3b36dda5aa65b46538538efa3601041ab1f2c59c04d6ae
06e02e573765f44583215855ff5a7c7e0dffe387d45bdac6



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Channels_001.Preserved.zip:

SHA512-
e2432a0ee3955295b7033f3ba10af6cf9ab56953caaa9577e22b13ecc0f4dfe97aee1ec5a85234fc560
ccb948e652edbf1f5d030e3627aafec43e3d27fbefbd4

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.CommentsMadeByUser_00
1.Preserved.zip:

SHA512-
6e97c31c8e4565e0a1012205a4aaeb7d7e96bd44df4b2a18aa5a3f695fb1ce345bbdb628c1cdea5aa9
4da0579066b99cc7629256dc1933eb04c18c6714790e40

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.CommentsMadeByUser_00
1.zip:

SHA512-
4d2b567c6f4e2c56f72aef36d1733352d5e21d708aa11127f05fd76232e575d0a62c03d95f4dd09e9
d9c7a8960c6f57d20b5a4058649ccf2547d13f75308f61d

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Playlists_001.Preserved.zip:

SHA512-
38bdbe397d223c175dadddd397e61a75d2173a634079e36cb8ea0ec42956a74ac69a29516f8ef65ec
5d3b3f5591306b330d7162f4eac60e002327d6470a7d728

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Playlists_001.zip:

SHA512-
b2628f27c0b46e86440b71ab5bc39d22318cde49cbebb3171e28002f64fd67125ef4782686218826b
fa45e52c5d020445a57c024f1463a6eda196a483086f907

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Subscribers_001.Preserved.
zip:

SHA512-
fd6f98412e878b7e529f0ba0ccb24841ca679aad65647c77351c2b04531e26f4de14a740c87160004
7be8b9b14f27aebc37448e5799e60b7a0febfea0d70386c

johnnohkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Subscribers_001.zip:

SHA512-
d7e722066fe45c531dc5cef954616f8460b12408ebf8118e9527e1ad360f1aec0febe7135ef9667fa54
26f09fa0b7ad52d0eae849acf61083580f2ef2c8899a5



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

johnnohhkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Subscriptions_001.zip:

SHA512-
6826018c7e9836b9c33974edeabdaac7680b5b74fb6c71e835b27e08b755ad7cf7ef18e0bc461f6a4
bfa0498d762c77380a746ff90ff425e75bc248789c41264

johnnohhkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
a95b14420073e968642d4e819c1b4f9576c51d538f384d4eb98b488670a02fa65ef5f29103491bd27
79e900d11480b97bf7d28debbd9740828ddf437852177b5

johnnohhkcu@gmail.com.473612489716.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
8fad06dcbe6ad8d70e9a682658dbcd2b9b33bb71acb03a90691eb859165ccfb9e24e11d3b67c62522
ff75d2ece80c7f568d00c15ffc80bf5fddffce351343a28

m.sebastian.mima@gmail.com.266760707375.AccessLogActivity.Activity_001.zip:

SHA512-
498b75503dd748b57293d68bde4d700998f7786524d5ad111ddad7a59b9d4fb1aedea7a51508be0a
9bab4c652a94aa37d8b94a00ecb84e9171208ce6f2c006a8

m.sebastian.mima@gmail.com.266760707375.AccessLogActivity.AggregatedActivities_001.zip:

SHA512-
8371af79d637f00512b4b095d75ca255353bbf2397f6268664066bd1c651de0166616f26eae4be67e
bfc1b07fc59dfd4757f02ea6582b7bdfa7435d5c6899bd0

m.sebastian.mima@gmail.com.266760707375.AccessLogActivity.Devices_001.zip:

SHA512-
b1ac02707f6f12eb05a1a83711a752924a5bc68646a1ae2158cb6a7d747f8a4f2e44e005ab28f6b796
27311298e8635e1095fed9e8924de3863ef27c8527af8f

m.sebastian.mima@gmail.com.266760707375.Calendar.Calendars_001.zip:

SHA512-
ff2c06828e37e5e369809bccbc5a942d06d993394f3fe100933c82a783ff47f4ee5587fcf4cec14f409f
dc6dfc1a666713f845a61649b846aa1ed819d8a81d7b

m.sebastian.mima@gmail.com.266760707375.Calendar.UserSettings_001.zip:

SHA512-

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

c064c32a030aba12039963274fe4278924138d3ee0b0de5d50cad93f4581f33beb0ab7508c6f544a1
8810b465d83148f71d32efcec47150588c306d776c12251

m.sebastian.mima@gmail.com.266760707375.Chrome.AddressesAndMore_001.zip:

SHA512-
9b606e4c12ff2f71c99d332b03f29e0c4e9217099bc9bfa1aa39696efb798c78f785e2fa3c405b163c5
4ca18429608beb22b10d7eb7bd44b7f542dd6aac25954

m.sebastian.mima@gmail.com.266760707375.Chrome.Bookmarks_001.zip:

SHA512-
c0a53a0cb1e6620094b5179a74920d1ecafc97567163ab41f97ce31e96d03edf5398bb77d821c847f
8759d53ea7db1ddf6f8c6cc72646764730f9073a80c973f

m.sebastian.mima@gmail.com.266760707375.Contacts.Contacts_001.001.zip:

SHA512-
5277f5eb35ab35799ad50e549d0bf243853a3f0a080f560285e49b34d8912b45aa0b14fe53b0f5897
dc282ad0c0d0011fbfb74fb852d4f029fbd018c92b586b0

m.sebastian.mima@gmail.com.266760707375.Contacts.Contacts_001.Preserved.zip:

SHA512-
72d34f18b6496b0bbe5f1ae2b319243656e1958edaad7c0d3fbc3a5dc4355fc1f597e22ca63ee51db0
17d4d7446c39afbfea82df02fd8513b333349f99c53a66

m.sebastian.mima@gmail.com.266760707375.Drive.DriveFiles_001.zip:

SHA512-
449da31b61683ab64f38f313e443d8e8ce510b1d3e7ab8eca85a04d01b55627466d1bb3f49c6ab810
14512e833057180081e7959bf5b16656bf1d03cf98c8247

m.sebastian.mima@gmail.com.266760707375.DriveAssociatedTargets.SharedDrives(a.k.a.Team
Drives)_001.Preserved.zip:

SHA512-
4724fd1143d1f5b7497fd9f2aad8f0e27fe3d255aaf8cafaa6243ed4191ce08d93051753abd1501346
3e0e02075b31b7ae55a4898e3dc8199c1cf266034aaf17

m.sebastian.mima@gmail.com.266760707375.DriveAssociatedTargets.SharedDrives(a.k.a.Team
Drives)_001.zip:

SHA512-
4e9d309afdd7d22bdb651d76f664cbe0919f382474733ff958a8349231942988226fc0b1f1f6df59a1
fe06787a567e27e2686a14644ee6b01d89b5f62d8b09fd



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

m.sebastian.mima@gmail.com.266760707375.DriveMobileBackups.Backup_001.Preserved.zip:

SHA512-
69465ae6e163535bde2b5b70d12dafe6c3b77f06ef323406912b619d92e0b01cf1b18d1f0d58caba2
a9006b7cef82b2c9ae2065f1bcff1ab342756965a8cb62d

m.sebastian.mima@gmail.com.266760707375.DriveMobileBackups.Backup_001.zip:

SHA512-
ecd81f9f25f5f6b0e8309bbae151abbdb4289f76effa0dbacc005bb60ed5e75a3b90246340f68d567b
ca125857dbaa1bbff96b77c4d8551a94a0265d7c87a4eb

m.sebastian.mima@gmail.com.266760707375.Duo.Blocked.reportedUsers_001.zip:

SHA512-
e86bd8c1f3df470c34608a454ace23bf21de0241cc3f228bfa268fd539d444459800af40680819846e
ffda941e484f118d9578589620d6c6d4b999bb81270e14

m.sebastian.mima@gmail.com.266760707375.Duo.ContactInfo_001.zip:

SHA512-
14832ef474def42a0cf4faea748835a983a36ffc41df03cd9fd4d09e6142e3bef0e7001c60b6e2b2580
54142aed168581a9158e7bfa7d6b2bf5f5c0d3e46da55

m.sebastian.mima@gmail.com.266760707375.Duo.DuoActivity_001.zip:

SHA512-
b2fc2ea82f0f09633127433093aa206f02d3487b3c93e3b533c18e3fbda73323d60ea8fbd3e40bea5f
eb0465930f819034e9bb8c24be6d337a0f5dde7086091b

m.sebastian.mima@gmail.com.266760707375.Duo.DuoCustomerInfo_001.zip:

SHA512-
bef1072a3cbb990ff007471b3aec4712c36f194f0243a01f71b379227dc687a2a3048d5ae04ff6c92cc
71fc698fd93cfd0fef076e8e1dd7d8015af60ea74292c

m.sebastian.mima@gmail.com.266760707375.Duo.Groups_001.zip:

SHA512-
638c443ea3d4aac523d14583fc76669ae90ac6b678b95283ce90302905f8ea45672d5bcb20d0abb68
c6cd0f25447b22ba6ae5977401757fe20ffaa54226c0d4f

m.sebastian.mima@gmail.com.266760707375.GoogleAccount.ChangeHistory_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

6b9e3df8bf62ea2f406d45511f0cd155535e8a8394e5a9367aad4ac009911b71d59ae19bec6e96962
210f883f329d564016bd3e819c183801ee86bcaeb414fc9

m.sebastian.mima@gmail.com.266760707375.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
1796cc746395bdb5b8dedf30aa510263d2cba778d0ee64d81da5435b0a5e30f6dc5953dc8cb9d661
d5035d277fb728761a477409360b77fd187d9f48d18dca9d

m.sebastian.mima@gmail.com.266760707375.GoogleAccountTargetAssociation.LinkedByCooki
es_001.zip:

SHA512-
d3bfcc7947ea18a8903b5f481bf76f5a6435d50fc8e4935bcc48abde841123c474ca008b24248bd60
6eddab3c238156b4b8b206f46c92a5785335633ca077626

m.sebastian.mima@gmail.com.266760707375.GoogleAccountTargetAssociation.LinkedByPhon
e_001.zip:

SHA512-
103966855034722bd4055d7415458ead6ecf04a21155d7d462ba59e2f8c55d49ac8cc06581bde15b
6a12f6f061e0b0347d643ad5a5ad04bec0282072090c8ab0

m.sebastian.mima@gmail.com.266760707375.GoogleAccountTargetAssociation.LinkedBySecon
daryEmail_001.zip:

SHA512-
44cd930ea33ce401e005d5ee89787d9cd3179bcba299eb87a4aecaf1ee06b3bb5c670ca435dece54d
0d9575e322d7220b7b0d334533d090d62e6287563bc7374

m.sebastian.mima@gmail.com.266760707375.GoogleAccountTargetAssociation.LinkedByTerm
sOfServiceIp_001.zip:

SHA512-
0dd766036483b5dfaf0d9f02ff01303839e7831a0dafc612a6d40e9137030ab59807bcb404d939d4f
9a0480a4e2468a14e89c25ba22c7bc8650a2b726208145f

m.sebastian.mima@gmail.com.266760707375.GoogleChat.GroupInfo_001.Preserved.zip:

SHA512-
61e45546b4ea3de04501a87d2ddc435192049c13eb7bf0b6926ca30e4b365c3fc5d475c23930683e
9c25b28f57daf6e78df358da16fff64573176e479bd426dd

m.sebastian.mima@gmail.com.266760707375.GoogleChat.GroupInfo_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

3852b4c985bef359425394a64db664afce2df8d27fa1d375e5bdce1fe71b1d290b2806f0497751736
35457fa65ba53f3034194941c3d1afed3350cdf354c74e7

m.sebastian.mima@gmail.com.266760707375.GoogleChat.GroupTasks_001.Preserved.zip:

SHA512-
d8cef719fe1e1dfbb3200a41e66d1d17b0949e98f862b558263118c254eabe9b96c22c2affe85d4a90
8daa96af0714eb3472354eebc5c2302bd5e71ff2e1fb66

m.sebastian.mima@gmail.com.266760707375.GoogleChat.GroupTasks_001.zip:

SHA512-
6a4fb1a5ceffd6048ae932bc14cf0637e3269163cd21f6438c805cb46f6e2f3821c03d4c62a63b90c4
89b8590207a18997c484d4709eac482a041f0f5e19ef13

m.sebastian.mima@gmail.com.266760707375.GoogleChat.Messages_001.Preserved.zip:

SHA512-
244fc0b60dfd178e50e08683da9ef887209879f44ba740483799c90d32256f5e546cdf6162a4ea84b
86346ee4b0a55e5e8248e6395f9d0a345438855818e96fe

m.sebastian.mima@gmail.com.266760707375.GoogleChat.Messages_001.zip:

SHA512-
8be68297e2c9263086c9942e223fb3396bd56580fac1b8e62ff74231e0bb3db4ae981c597785745d0
d39f94d4ca916e002b300c4385e239ff1351340b8f552d7

m.sebastian.mima@gmail.com.266760707375.GoogleChat.UserInfo_001.zip:

SHA512-
83555e61c0259e90b9f8803a07ee7ac54187d234c9d574cd49ce1131637a9a95f4484e279df332042
b3403de19cbba6231830481562e5f248a236897119eefb7

m.sebastian.mima@gmail.com.266760707375.GoogleFiWireless.Billing_001.zip:

SHA512-
b5954231ed5bc3120b767072e2d36e106eddb2ce1c474a4e2cb7e132ab3a31267f74ccd316e05c62
b13fc04e1d4bde5006d130183339139dd22d8504e37f67cd

m.sebastian.mima@gmail.com.266760707375.GoogleFiWireless.Messages_001.zip:

SHA512-
ae1e668b51194d03f3a110735c371b6949c6cb346247e07b5494649cb543bd20e4716ad7cafd9c1f3
2c4cd0d6a484717441a8e9fcdd9df90b674d931d707a3ed

m.sebastian.mima@gmail.com.266760707375.GoogleFiWireless.UserInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
587d997ce3d717fc3bea22f34640db4d65612b4bcdbc150ab874778162ae734a708450dcccd08699
1e5235f3f1b849a72fd1b6ae27ec0d28461cc77ac521118f

m.sebastian.mima@gmail.com.266760707375.GoogleFiWireless.Voicemails&Greetings_001.zip:

SHA512-
1680065ec99f833ce078ae8d24896d397aa6a617494242a930184e5bf7aa41144385edbdbb3e2521
86e8bea4b1b3f711fa97b5b994b3cb77003881b0bfe7f69f

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.ConferenceInformation_001.zip:

SHA512-
8a8886a6d20256c936af25e145c38038f162fb70c2965bb13299ecb6c916429a863cd232ffadb9b40
b383048fad2a2c9f3f312f75a56c88895346dabd217905f

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.MediaInformation_001.Preserved.zip:

SHA512-
57f0f4d0855df0523015665f04c8c8eeb87157feb98ea0ab3ba4db3e1a08258432a72d9e7a67f8f0cc
71c88bbd478e670e90105c830248236a145d225bf893af

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.MediaInformation_001.zip:

SHA512-
95223a0bc1cc4122f9ce537b67d6e1b98ef9602a3c229cf03f96f2749bddf41b059390e39f0075b3da
f4dd5f8be475df0a4647ac2ef54a129fdacc8d989a7c14

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.MeetingHistory_001.zip:

SHA512-
bc368e3a47fd8aec5f3bc4f1c713cda5dd16a612609ffee00791e31a936d78ab58250531ae8aa7d74b
15c0cdf6484135d489ae478a76eaa8de222dab437f5658

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.ParticipantsInformation_001.zip:

SHA512-
2891ce9f9c74392bd1f0119bdbdf029994511f02a6158e0d780e7c34b1ee4761acf409788d1937684
f68624a8e9d8d5401eb833db52999111ebf83146c3eac93

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.UserSessions_001.Preserved.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

3f4ddf0ad1759ac585793fd628188b55427bceca379907041ba2214e62efe4b5ba3b02ecffbcbbe277
7e307d3d8d1422c11a3d50af67f621f3decb0287380e66

m.sebastian.mima@gmail.com.266760707375.GoogleMeet.UserSessions_001.zip:

SHA512-
4687a1f88c03dbba724217f928dc9fce7aaa9ec4e02fd25522bd1ccca8e1bcb910ca5f737ba2f90362
7871ba6969ad4267152297c28dd9e65bc8f33aedda9dcc

m.sebastian.mima@gmail.com.266760707375.GooglePhotos.PhotoResourceLegal_001.Preserve
d.zip:

SHA512-
f8a7383113563b55840cfb6ab2cda706cf5a8e0e1bcaf509a2ffe2e5c0002b762a6a71aebc972c58b4
3e829075d78550a899fecc9a1b60890776f2778ab260a6

m.sebastian.mima@gmail.com.266760707375.GooglePhotos.PhotoResourceLegal_001.zip:

SHA512-
68271d22443952fb1449e82c53350982a44ad173e97b53fc2b367d44982280858dc674c8c1cdf3bf6
2840a4b225ed051d7308c72b69f61c0bc6bbdb510a59bdf

m.sebastian.mima@gmail.com.266760707375.GooglePhotos.PrintSubscriptionAndOrdersResour
ce_001.Preserved.zip:

SHA512-
45046a3c56ddafce736338823ca8e025aa6fede15fbafc2ffbfa77b1935e841dbce917a16159090616f
401e9232aff6aa0155acd131a0e3fbfbf57e0353ce818

m.sebastian.mima@gmail.com.266760707375.GooglePhotos.PrintSubscriptionAndOrdersResour
ce_001.zip:

SHA512-
6f10421d6b56cd172fb4c96de364fe1af45e11389c5ba96b2690e19d194d458ff8fb2b6bd2a14810c8
29eed7452da5c40a2086003050dca626ee236af356d566

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.Devices_001.zip:

SHA512-
003cb521a88821a39c6507049a8a176a9b8ced2f1c5c089c9b83aba9fc2696b9a5d247b1a9f5bed19
170e3f778a8181df8b2e43cd9f6a78513f0d2da0eff51da

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.InstallHistory_001.zip:

SHA512-
8d2a3e17f521ca594a20c762fd130d5b69a91931048b628693d0baa84c26064349776dd6a82677d2



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

9e47218dda9fd76f3720b6e53ea0c0b589fa9a6a1c19aecd

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.Installs_001.zip:

SHA512-
104afd8b07399388b7436114006a4ca051afd5d502b18e8c3f1b00cbc9b9a8fbdf34bde084e9dc33d
e538a0ef6e6beee7c4f1024e3f5e61bc82292663343692c

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.IntegratedBilling_001.zip:

SHA512-
de1b3857feae325216aaec74e6be8a1d0991fc40e6292a2b6c56e263914101df75966570f169645a6
e046311cea42b786647cc038bb71cdcc963d459e7733cb9

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.Library_001.zip:

SHA512-
7440e3ae1a57e79eaf78f1645888e8f55b2bf856e4832c8814783ebea51558b0c95cca98a0fbd66662
a85e42079b436a862e4b858e314fb14c37dc6115fdc536

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.Loyalty_001.zip:

SHA512-
e5c983f3c89b2fc95eb98177260b8104ef0d6c1ec617d33c3e1f8f3f3958019a0095c82f41a3bf794b
1e532d1302cfc391e15d9f406b0fb42b8de04b0cfc263a

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.OrderHistory_001.zip:

SHA512-
e05ae82fbf7835f5576a160c69d4fa135253b067609f80ea853edc37c25f58a1b071868646abf470c0
c8991154efa37bd09cd54e60308015f99b5b4ed97defc3

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.PromotionHistory_001.zip:

SHA512-
f59baf43531253d18943ea2b00cd23e93f2822303181d9fba2293bd9d48ac8981e5827c22ce71c518
1b1ff7ebcd6f275b9faa7144be8ab4fd73c8ef065b0bf60

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.PurchaseHistory_001.zip:

SHA512-
2e8fcbf5500418573de59e6cb19cbef92e224f6de7c12c87a7c78a6ea24cd926986e661d8959c1a07f
658a7b7c0de6305fc55887a51fcc913b237de19de45787

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.RefundRecords_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
4cb8c1a17661e9d6fcd4e66ddd1404f61a221221a69dce162117b37766ca9060385d2689a02a4500
ce3cfbbf4bdd0371da6ce3535e08591b5320ee899ff26c6e

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.Subscription_001.zip:

SHA512-
06c8221d1e85578cacd4bf0992cd2aab72c72a6c7d517a5fb5d08b4e2c0bc3527e3bf2724635939c5
320e5fb879b96795eb1a5f8172411e8dfb8ac2e26407f41

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.UserActivity_001.zip:

SHA512-
97518919358bd544587d25d462ff62270e74a356991e31688075254a536b707da6b8a48afa6656b2
c20d73c138cf35e55cdc095af783e84b70189d036792059d

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.UserPreferences_001.zip:

SHA512-
9ff32a19397199ed8df45a76b61152b55e68661c8908f12a28113771efde61f4d5633a9c585a5cbdda
53c648ef63a17eb8fddfae133926ff1c4c45435de68e34

m.sebastian.mima@gmail.com.266760707375.GooglePlayStore.UserReviews_001.zip:

SHA512-
4bebc04f5b02fa9327d71e22f763209652f7d9402614ec8d2aebf4482b6dd49c35d00f8a091217124
e893f9a40997560056adf830cea80b87c5c8bfd54f2faaf

m.sebastian.mima@gmail.com.266760707375.Groups.GroupList_001.zip:

SHA512-
8aa2f8faf56ec40f001857acfd3317f3b2498dc62223a05ce0f43ae79d8ef7b7204ffa689b5deca0c3e1
5e3bdfefc813d1f7f0cba533e745795f134e2893b267

m.sebastian.mima@gmail.com.266760707375.Keep.Content_001.zip:

SHA512-
34414d0eb4fe304b083ff511a4a514da6883d08d6bbe06535240f778ad7b42afc4a0333340cd64e47
c7729f64a504f314e815238e7bac84e5a536a756022d2ee

m.sebastian.mima@gmail.com.266760707375.Keep.Metadata_001.zip:

SHA512-
4118d8c760273a3b5a5b15d4b25fa325cda85dac565fd8c6ff2ce7ea09f844774bc650e0b068da7f0a
aaf0bcb62be6fe27a34a5e660b07fedc8b3f380ea75c1a



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).EncryptedBackups_001
.zip:

SHA512-
2d5c7e30fa4b8ecdbc646d120dfb89e4833efe2e50f3a8d8bff27167aca7fe74c43ac94ae1a0ed8b029
111d69fd9ae72a4217f26599938f90e21eff158cef4a4

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).Records_001.zip:

SHA512-
c0e8b26714e892da3ae95a0377b5335dbb60f0885ef3137940e81fec74de43a47dc6f489376cd196c
0c54bc0b66e5a96ac73dce269241c87c37ddda203b2f9e0

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).SemanticLocationHisto
ry_001.zip:

SHA512-
8259becaabb643759bc8dca2d29906eb3bb65fbcf55b99da9ec0e1e58fea1b8c5d64e482fa10c58849
0deebdfb841131c73942af8a28a750eab962baa2b31d20

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).Settings_001.zip:

SHA512-
a20a4fb72fd5c9e24639eb2baacd17e16de8d7cfde1ee2afadba41d488e33dbef90b9e12054db6b861
9f400de9c5e19f24af251913cf27297553ff622e68b07a

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).TimelineEdits_001.zip:

SHA512-
442c62145291aad8a02abee0d7c71b1983ab5d404c871ece921eefef3ddada3f723edf84d6f24b275d
38b7d86dc44853973c53be2f0255627b64709fe37f4454

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).Tombstones_001.zip:

SHA512-
65f24b1f240aa5bf6cc9a3acaff020cf33d563075fceefbedc14fb51b6ebbe809437351bfedab67be092
37454c254099c01a2b83359ca3ed76a1641d44c383c5

m.sebastian.mima@gmail.com.266760707375.LocationHistory(timeline).UserLocationProfile_0
01.zip:

SHA512-
ccde736ec09966fd165230463945e2f29d9693183eb85a2b59903c2fcdcfbdae7733f4bf2538867da2
c3e0982364d1482a6c9f02826701453f26d46af07a533c

m.sebastian.mima@gmail.com.266760707375.Mail.MessageInformation_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
77d696ea84b67d49e1644b9ff8dafc16b9559aa3a10ec14c0339907e59f4ea152d77c581662390769
f5635e670bda9484d928d2a6b80e13200c23e64e9d9a616

m.sebastian.mima@gmail.com.266760707375.Mail.Messages_001.zip:

SHA512-
be970ec8b0c41fe2db7a077781be375134836e2ee51e12b26fa12c98590e85cb2014a05ae0119d5c5
35e2fb667f7a6978ac24044d1927a94356eacb84e7f7ca6

m.sebastian.mima@gmail.com.266760707375.Mail.UserSettings_001.zip:

SHA512-
4354875b50cc97b22228c85eec31e73b82ec222fe58c88d65c4850b937ffd490b5f8acc4974735df5f
2b3a6263ce3433b504ace88e2802ceae12194d62a5e363

m.sebastian.mima@gmail.com.266760707375.Maps.AliasedPlacesResource_001.zip:

SHA512-
b5892e9d7fc2d77f95c2aa4a0754089337548d195361f1cb2b914536ec96dff0986e22f2cca894992c
4faf0f31bab979ae81163335facfb79800f331216b66f0

m.sebastian.mima@gmail.com.266760707375.MyActivity.MyActivity_001.zip:

SHA512-
59961f2f6009652e9ca5d3a1813bf58b063f81eb70f60ad41ac14e0f4ffa7f57b8a686657c34ece5963
b916039c0f33134f55451ffc546e42fbe9249f0be1bc6

m.sebastian.mima@gmail.com.266760707375.Preserved_001.AccessLogActivity.Activity_001.z
ip:

SHA512-
3464034f3999c5194f119588d4bf26d767deae304b115b9fbb727def824ddc4d99c9a4e5e42b10b04
85bfd32f388e0a261b3a35a8cdc6960459de61db9484a6c

m.sebastian.mima@gmail.com.266760707375.Preserved_001.AccessLogActivity.AggregatedAct
ivities_001.zip:

SHA512-
e9499f9376aa21be282a8a3b6487e52f0a1fb188e9bb0b6c43285d0d00ef81db8e0a7337caa351e7b
2428d819b757c8b6d07502fd2354601b3802548fcf3d14d

m.sebastian.mima@gmail.com.266760707375.Preserved_001.AccessLogActivity.Devices_001.zi
p:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
238f1995be954fceeb964b14ed8e8fa22b00f4fa12be71970c00d27868ac09b49eff31cbe04e0a0f861
251cfc03be4e044f623963cf35e78737dc577bf4c661f

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Calendar.Calendars_001.zip:

SHA512-
13db2b8911b9cc1fd863059d29f11c681246ce08a0f501c5104995ce7b90c2c23563d63ca1ffdbeb0
1d6d62babcd7c0a306a6a490b12bb79364b6cff4f1384ac

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Calendar.UserSettings_001.zip:

SHA512-
a19db10edcb0e4dda2dc929b4da67eae29e5f69db5ef13919c8706599673a5fa7cf944e8d04d2d6aa9
1ca1228c2665cab57039706479cb56aaaed08d10dc1255

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Drive.DriveFiles_001.zip:

SHA512-
f197a327575d984c515760366ef859b38954c545ed0f43d23b2f937a1743571f476b1316ed575975d
fc7adbba91d888e60ebe1e8d1cbcd5d3372c8ff47913c75

m.sebastian.mima@gmail.com.266760707375.Preserved_001.GoogleAccount.ChangeHistory_00
1.zip:

SHA512-
7b75188112411b12985c055ee225dd67c66d0c8e0cf73c51ad2ce31e674f821663896fd6be170c7c9
01cc29e71d330ea0f92764229703c65f084f2f2047a2429

m.sebastian.mima@gmail.com.266760707375.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

SHA512-
f941a54f687b1801a0fe590cc138b669a7ba9c7556505c454813cb191549db12dfc24eedd829fde19
e67cee577e04976ae1dbedb2e70e6e9519ff33ae7c09175

m.sebastian.mima@gmail.com.266760707375.Preserved_001.GoogleChat.UserInfo_001.zip:

SHA512-
6409a70d8854e5c3de30d497730f11972bbfc41d8bc735f7577d39eb9e0ddef6fdd386bf86c336611
ae74e1f6b8919aed9a0108b11141c93f514c32c16c654a1

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Encrypt
edBackups_001.zip:

SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

5c78b8e33286108556642f127c07e3e51ba62280548e39e6f1621251b1232184e90de524ee00af923
c4e5e30079377ec4ccaa85f822668d2655c16013ae52b15

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Records
_001.zip:

SHA512-
b08e3596ffbfb47bfa231b8e9221e26d62a2b2b61a0d0c32fdac8477f20bb44e48964300625f740c7b
b301e8b89c64df8bcc66a20ee3eb5f0239f41bba2f2816

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Semanti
cLocationHistory_001.zip:

SHA512-
5338040c25bd52c2599bf5bcf8db3fc63288c6d46ee66742072d545aaca28b503aa289d004b53e0cd
d38f8e38461f4d54e592fd4d9c5603ee91a821559040935

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Settings
_001.zip:

SHA512-
a2a4ba7049030869b1698224eea8018a9747ef12802eb71fbcbdfa1981cb71c12ec9f56f207626f148
8d9c22b151bfa95bc0a526c5ab2f1034bc579872572e1c

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Timelin
eEdits_001.zip:

SHA512-
6e83e58b3442f72f267cc7d677106d92bf1d287b6138584dc5eeb54e2ec5e290b3acfae6aeb02d593f
3bb1bd612530c9874057113309c6d7a709a345097fb021

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).Tombst
ones_001.zip:

SHA512-
517611bb3d1fcce88c1bc0291fd136830d088ba36b249eabd09e560ff0613ceab8d7d806fd8713812
fa5cf235dc81299c78587855857f71cca9c44314d9cfb61

m.sebastian.mima@gmail.com.266760707375.Preserved_001.LocationHistory(timeline).UserLo
cationProfile_001.zip:

SHA512-
feaf9d090e3485613cd5109f556a837107769fad79337077e171e454b04e5c4ffff1aafbe190067fc24
a3838899f83925bce32e5374ac51a2ddce42cdffd59da

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Mail.MessageInformation_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
8c8328730b59f461d3e5b5bee971da3995a11779fcf41c6d7433d19a09f66ba98f7243833c79ef634
8c9234a804cb1bcbabcfccb08f342c9f194066cd08c4b4a

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Mail.Messages_001.zip:

SHA512-
fda4824e1a45413adb186b7844517296c6b77e8c57e8b4ed904a1c066ad56e6aa54a94620926d1aae
40b4fb1d97a6ec08f1af3c38424035f96b61d8bf9747abb

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Mail.UserSettings_001.zip:

SHA512-
154f387a2b3ae1993b748cae672377acb90b527c39ac91c71ead403f68b66e3c73e3f37a35eb028a4
481ff54e128816f7cffe47ef997161335d57ee1486e8583

m.sebastian.mima@gmail.com.266760707375.Preserved_001.MyActivity.MyActivity_001.zip:

SHA512-
f91a6c82c7b9ebfd99fb33104cb71f8051e533b4323a6458dbb690f36a05e9c60b64e78af4569cab03
ee8fa6d4a830c1c55c15b25bbd317294bb92e3118a8df5

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Voice.Communications_001.zip:

SHA512-
3907069d2e5fafdf6194f5a9efd3690da9b79360acdfa279bfc4e40a4a7943d2dde658cdd4f4a74cb13
34ad70d10bf0c0d90af18933183c8adb1464444934ad4

m.sebastian.mima@gmail.com.266760707375.Preserved_001.Voice.SubscriberInformation_001.
zip:

SHA512-
005caae1323974f36e030ec97e6d35f63b420d3263f4d49b39c478f2397a551c3be288abfa87b08ea3
17c1a49a4151661bfa7383abfb17761101b80322ec7889

m.sebastian.mima@gmail.com.266760707375.Preserved_001.YoutubeAndYoutubeMusic.BasicS
ubscriberInfo_001.zip:

SHA512-
5b0ffbe5e2d9f7ef582f81c02a4c16acc94b3183d3665c5a0be0dca15674d4b440403b13ffbb9d5d78
a84859880200b8e3f6509ed71120bcc4b344ee7611bfd7

m.sebastian.mima@gmail.com.266760707375.Preserved_001.YoutubeAndYoutubeMusic.Subscr
iptions_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
d019e674c83ca1414ace5df15066960c909ac8a2ba9ba0e9539823341fd453c32b3b55097b78a189d
993a89b0825894177d1b346d84ddc4217a475a2e9ad33cb

m.sebastian.mima@gmail.com.266760707375.Saved.SavedCollections_001.zip:

SHA512-
3ea1b21736e2407da3b424d9b64139056dd8178b40bad53d9b298b29591872cd1dc413feb5ea7073
fffedcdf4e35061f0e56eac1330e4809457c95f45f1bc687

m.sebastian.mima@gmail.com.266760707375.Tasks.TaskList_001.zip:

SHA512-
6fa83a5e0551eebcc26f6a4d13ad18802b33df77994a9b45fc2e18e85aee0c3b8670ee37e218440e0b
c010b1941b52afc90df1977ca8dd6b31467227efb9c789

m.sebastian.mima@gmail.com.266760707375.Voice.Billing_001.Preserved.zip:

SHA512-
210dcd5bd241b701e99c4bacf8cf34e4f4375f9d4c4aa6c13f7c6961b8c85d1460fd0d93ef44c191cfd
1fe9aba3c281519c9728a18260ebb93a629bbf1a73c16

m.sebastian.mima@gmail.com.266760707375.Voice.Billing_001.zip:

SHA512-
d743d11d38297a4758ce30331a31e09ea70a853deb204c45a985fd15d556d9ff31dcf01f123079b8a
9a01d1d08df651819141530b33f8088ef982c80129f6616

m.sebastian.mima@gmail.com.266760707375.Voice.Communications_001.zip:

SHA512-
e8c499815db562f50af70c87a9ca2dd17e7bf5adebcd6e01198fdb4021c198a0bf7f6ed8a10fecd995c
a0f6d2edc68c7e525dfd000f41b890f69587193c12148

m.sebastian.mima@gmail.com.266760707375.Voice.ContactsMetadata_001.Preserved.zip:

SHA512-
802762ae546d32de883f3a3196154ada462ce066933477693ab3066361a1b13092c9cc9920fedd65
89855e21131fcaa97409b3565fc51372f101daa953666880

m.sebastian.mima@gmail.com.266760707375.Voice.ContactsMetadata_001.zip:

SHA512-
68192fbabc31c97013e3d0670faed67af4da2e6297dedda1fb0d0cd697da2c1e45531e9e6179e4c117
a7660d7ebbea6c3017b611ec53988855757a469ecf46cf

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

m.sebastian.mima@gmail.com.266760707375.Voice.SubscriberInformation_001.zip:

SHA512-
8e35ea140be956051562a1add08daae1376074b12af41a982f39105228aa32d67805efaf0001e0defc
3f66c2a5e33fe86ba374a9078e09d96d6b642cdab7ceb9

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.BasicSubscriberInfo_
001.zip:

SHA512-
6bb83302365d96343ee26c0744e7046ca5dd328301769f2ab56349c12864593af8c7d9dfe63c58fd9
4b58a334e75e56f3b1ba2d5ad39d2345a84b1bcee108076

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.ChannelMemberships
SetupFiles_001.001.zip:

SHA512-
c87443b442fe959df3e1847a463ca4b575c6d4d58174552deb53395edf1c1a4b9d97c99e4ccd0ee53
bd3dac27655976516bc6f24812f1b6dbf6ca6dc2773e131

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.ChannelMemberships
SetupFiles_001.Preserved.zip:

SHA512-
610beca26f517e9e3ad6c98059ead6f62ab7ef06d892a480eb02e8c17e23efa3e4e506da7af5720b20
6414315ac62ee37b1939b7e7e65409bac75f5c3eafe2ec

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Channels_001.Preserv
ed.zip:

SHA512-
d99aeb65092b3e3f1a805de1b57c054ce831836ef6929c44d0b4bd24394fb68fafe0b22018c0b6704
1cd84eee436a759918e6f01ca96195975e1f0009c79da48

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Channels_001.zip:

SHA512-
6373dac7f400ea652cf26b881239df93c1997c2f71b311862da6fdf0dfaa755ed0ae63961901c63822
b114f5698a1ef5c0936ace6a5527f23579d0476ee567a7

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.CommentsMadeByUs
er_001.Preserved.zip:

SHA512-
4598a622414b0a7c23c7edce7094333bfeecbff135eb28e1915a6ed9d372b626f71d3a014e54e1bdfe
11651f64bcc0868c10a52aaad0fba00672bd04fbd02eff



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.CommentsMadeByUser_001.zip:

SHA512-
bb5241aa762f1b2ac0c0fb8fe614819d86e11d4d0f864a5c0efa03503913a06fb7d14e5ba8d3f76d92
1cd8b6a64c0b6908791aad2839d1f9edb9de887ed650bc

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Playlists_001.Preserved.zip:

SHA512-
0aa185a0640bb1d619c5abe7d7d0fa59a60ffcf5e20c4cbd322f956b2624a9d21f64f0485cf7cb17d7
9698d4c14bae91f340e639d646eb68679f879a0f8494dd

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Playlists_001.zip:

SHA512-
c9590c7039a63a4b9b22dc703bee070fb882d6de0ad1f4728da05813751208f583a994e1abd4f9f77
393d6827e80b4be68af2676229ef558d01f4448446826f2

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Subscribers_001.Preserved.zip:

SHA512-
2e337b3f8ad26155936f09155ad16fce4b2edf1d7141517a85b2365525659bf8f2f242959612029f69
68a994e6d776bd56cd7e32f11b067554f1a62ff1ff4f3c

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Subscribers_001.zip:

SHA512-
73e2c6552bd97e561645394179c9879d44aff9a2a7ad6632f5c8c136b70d20c3a4e2bca52a4a259ac
d34ecc46dd3fb873eb66b91d2f26e50e4d1004e939c437d

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Subscriptions_001.zip
:

SHA512-
8c321414b237146c00169253bc56710c6fef47c32f75d6f6ac8cf13dafce76a4436677d71acb5e6833
2fad6cea13745e589e59cad73efac94c124caeafd4d236

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.Uploads_001.zip:

SHA512-
477aa7782b366b9f775fc4e78876d184b6ccd7ca17d353c98239e8287ea75a002851ffcf0373ebe948
5d9a8c28708d2320e8940d20fa4096f76858b5a6f2a339



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

m.sebastian.mima@gmail.com.266760707375.YoutubeAndYoutubeMusic.UserSettings_001.zip:

SHA512-
170c4fbf1f8661831e73356e5f7be3302f624d02b6d0016b6ac9e0000bd308108116522126a2e7f4cf
a345114db3f76f7bd4cbcfe764418c8c61a2348e1386b6