```
                  BEFORE THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        .
                                 .  Case Number 25-cr-33
           Plaintiff,            .
                                 .
      vs.                        .
                                 .  Washington, D.C.
JOHN HAROLD ROGERS,              .  February 3, 2026
                                 .  4:20 p.m.
           Defendant.            .
- - - - - - - - - - - - - - - - -
```

                        TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE DABNEY L. FRIEDRICH
                      UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the United States:        THOMAS SAUNDERS, AUSA
                              United States Attorney's Office
                              601 D Street Northwest
                              Washington, D.C. 20579

                              NICHOLAS HUNTER, ESQ.
                              ADAM BARRY, ESQ.
                              YIFEI ZHENG, ESQ.
                              U.S. Department of Justice
                              950 Pennsylvania Avenue Northwest
                              Washington, D.C. 20530

For the Defendant:            STEPHEN SALTZBURG, ESQ.
                              2000 H Street Northwest
                              Washington, D.C. 20052


                        -- continued --

APPEARANCES (CONTINUED):

For the Defendant:          JONATHAN GITLEN, ESQ.
                            Law Office of Jonathan K. Gitlen
                            900 19th Street Northwest
                            Suite 500
                            Washington, D.C. 20006


Official Court Reporter:    SARA A. WICK, RPR, CRR
                            333 Constitution Avenue Northwest
                            Room 4704-B
                            Washington, D.C. 20001
                            202-354-3284

Proceedings recorded by stenotype shorthand.
Transcript produced by computer-aided transcription.

P R O C E E D I N G S

(Call to order of the court.)

(Jury not present.)

COURTROOM DEPUTY:  We are on the record in Criminal Case 25-033, United States of America versus John Harold Rogers.

THE COURT:  All right.  As I'm sure you've heard, we received a note at 3:50 stating:  "We have reached a verdict," signed by the foreperson.  I will bring them in.

Would either side like the jurors polled?

MR. SAUNDERS:  No, Your Honor.

MR. SALTZBURG:  Yes, Your Honor.

THE COURT:  Okay.  We will poll the jury.

Are you all ready for me to bring them in?  Anything you would like to raise?  No?  Okay.  All right, then.

(Jury entered courtroom.)

THE COURT:  Good afternoon, ladies and gentlemen.

We received your note indicating you had a verdict.  I would like to ask, who on the jury speaks as its foreperson?

JURY FOREPERSON:  I am.

THE COURT:  Thank you, ma'am.

Has the jury unanimously agreed upon its verdict?

JURY FOREPERSON:  Yes.

THE COURT:  I will ask you to please hand your verdict to the courtroom deputy so that it can be inspected.

All right.  Ladies and gentlemen, your verdict will now be

published, and that means it will be read aloud in open court. I would ask that you pay close attention as the verdict is read, because following the verdict being read, each one of you will be polled individually.

You may proceed.

COURTROOM DEPUTY:  "In the case of the United States of America versus John Harold Rogers, with respect to Count 1, the offense of conspiracy to commit economic espionage, we, the members of the jury, unanimously find the defendant, John Harold Rogers, not guilty.

"With respect to Count 2, the offense of making a materially false statement in a matter within the jurisdiction of the Federal Reserve Board, we, the members of the jury, unanimously find the defendant, John Harold Rogers, guilty."

Members of the jury, as your seat number is called, please indicate if your individual verdict is the same as that just announced.  If it is, please answer "yes."  If it is not, please answer "no."

Juror in seat 1?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 2?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 4?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 5?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 6?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 7?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 8?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 9?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 12?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 13?

JUROR:  Yes.

COURTROOM DEPUTY:  Juror in seat 14?

JUROR:  Yes.

COURTROOM DEPUTY:  And seat 16?

JUROR:  Yes.

COURTROOM DEPUTY:  The jury has been polled, Your Honor, and the verdict is unanimous.

THE COURT:  Thank you.  I would ask the deputy clerk to please file and record the verdict.

Ladies and gentlemen, at this point, we can now excuse you from your service in this case.  I want to thank you for being patient and diligent throughout this trial, particularly with the snow days and your flexibility.  We all appreciate it very

much.

So I'm now going to excuse you, and I think your jury service is complete.

Right?

COURTROOM DEPUTY:  Yes.

THE COURT:  No need to check back with anyone.

Thank you again.

(Jury exited courtroom.)

THE COURT:  All right.  You may be seated.

Mr. Saltzburg, would you like to file any post-trial motions?

MR. SALTZBURG:  This is our third time renewing our motion for judgment of acquittal on Count 2.

THE COURT:  Okay.  Do you want to file that in writing?

MR. SALTZBURG:  Yes.

THE COURT:  Okay.  Does 14 days give you adequate time to do that?

MR. SALTZBURG:  Yes, it does.

THE COURT:  All right.  So you will file your motion. Are you just filing a motion under Rule 29, or are you filing one under Rule 33, too?

MR. SALTZBURG:  For a new trial on that?

THE COURT:  Yes.

MR. SALTZBURG:  I would like to reserve the right to

do both.

THE COURT:  Either or both, file within 14 days; the government will have 14 days to respond.  And you may file a reply within seven days after that.

MR. SALTZBURG:  That's fine, Your Honor.  Thank you.

THE COURT:  We need to -- so I will reserve on my decision on that until I have your written papers.

MR. SALTZBURG:  One other thing, Your Honor, since we're filing these motions.  Given that he's been found not guilty on Count 1, which was the count involving espionage, and it's a false statement case now, we would like the opportunity to argue that he should be released while the Court considers -- between now and sentencing.  I know the presumption is he should be detained, but we would like to at least argue it.

THE COURT:  Do you want to file that motion as well and those papers?

MR. SALTZBURG:  At the same time.

THE COURT:  All right.  That's fine.  You may do so.

In terms of sentencing, I think that the Probation Office is asking for 90 days.  So that would take us to some time in May.  I have a trial the second week in May.

How would either May 26 in the afternoon or May 27 work for the parties?

MR. SALTZBURG:  Can I turn my phone on, Your Honor?

THE COURT:  Of course, yes.

MR. SALTZBURG:  Could you give us those dates again, Your Honor?

THE COURT:  I was suggesting either the afternoon of May 26 or any time on the 27th or the 28th.

MR. SALTZBURG:  All of those times will work for us.

THE COURT:  How about the government?

MR. SAUNDERS:  Those are fine for the government, Your Honor.

THE COURT:  All right.  In that case, let me check with Ms. Calloway.  I'm setting a sentencing date for late May, which I think is more than adequate time for Probation.

COURTROOM DEPUTY:  Yes.

THE COURT:  So May 27 at 10:00 a.m., and I would ask the parties to file their sentencing memoranda on or before May 13 and any response -- not required, but if you desire to file a response to the other side, that you do that by May 20.

Is there anything else we need to address before we adjourn?

MR. SAUNDERS:  No, Your Honor.  Thank you.

MR. SALTZBURG:  No, Your Honor.  Thank you.

THE COURT:  I want to thank counsel for both sides, the ways in which you all cooperated together and moved things along, particularly when we fell behind with the snow days.  So thank you for making efforts to complete the trial promptly.  I really appreciate it.

All right.  Thank you.

Mr. Rogers, the next step in this process is you will be interviewed by Probation with your attorney present.  And it's very important that you fully cooperate in that interview, because Probation will give me information about you that I don't have at this point.  So please return all the forms and the records that they ask for.

All right, sir?

THE DEFENDANT:  Yes, Your Honor.

MR. SAUNDERS:  Your Honor, I'm sorry.  Would it be possible for us to speak with the jurors before they go home?

THE COURT:  I will tell them -- I'm going back to talk to them, and I will ask them and send Ms. Calloway back to let you know if they're willing to do that.

(Proceedings adjourned at 4:37 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER


          I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.




/s/ Sara A. Wick                          February 4, 2026

SIGNATURE OF COURT REPORTER          DATE